# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| RICCO WASHINGTON,<br><br>          Plaintiff,<br><br>     v.<br><br>PACIFIC SUMMIT ENERGY LLC and<br>SUMITOMO CORPORATIONS OF THE<br>AMERICAS,<br><br>          Defendants. | Civil Action No. __4:20-cv__-290 |

## INDEX OF MATTERS BEING FILED WITH NOTICE OF REMOVAL

Pursuant to Local Rule 81, Defendant Pacific Summit Energy LLC submits and attaches the following Index of Matters to its Notice of Removal:

1.     Original Petition, Jury Demand, and Requests for Disclosures, attached as Exhibit A;

2.     A copy of the Citation served on PSE, attached hereto as Exhibit B;

3.     Declaration of Jikja Chung, attached hereto as Exhibit C;

4.     Declaration of Lewis Farberman, attached hereto as Exhibit D.

5.     A copy of the State Court Docket Sheet, attached hereto as Exhibit E;

6.     Federal Court Civil Cover Sheet, attached hereto as Exhibit F;

7.     A list of all counsel of record, attached hereto as Exhibit G.

Respectfully submitted,

DATED: January 24, 2020 PAYNE & FEARS LLP

By:     */s/ Amy R. Patton*
     AMY R. PATTON

    Attorney-in-Charge
    Texas Bar No. 24000740
    PAYNE & FEARS LLP
    4 Park Plaza, Suite 1100
    Irvine, California 92614
    Telephone: (949) 851-1100
    Facsimile: (949) 851-1212
    Attorneys for Defendant
    PACIFIC SUMMIT ENERGY LLC

4814-3838-4818.1

2

**EXHIBIT A**

Received and E-Filed for Record
12/23/2019 10:11 AM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Sarah Introligator

19-12-17047

CAUSE NO. _____

| | | |
|---|---|---|
| RICCO WASHINGTON, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v.. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| PACIFIC SUMMIT ENERGY LLC | § | Montgomery County - DC - County Court at Law #2 |
| and SUMITOMO CORPORATIONS | § | |
| OF THE AMERICAS, | § | |
| | § | **284TH** |
| Defendants. | § | _____ JUDICIAL DISTRICT COURT |

## PLAINTIFF'S ORIGINAL PETITION, JURY DEMAND, AND REQUESTS FOR DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, RICCO WASHINGTON, and files this Original Petition for employment discrimination, harassment and retaliation in violation of Chapter 21 of the Texas Labor Code (commonly known as the Texas Commission on Human Rights Act ("TCHRA")), complaining of Defendants, PACIFIC SUMMIT ENERGY LLC and SUMITOMO CORPORATIONS OF THE AMERICAS. For causes of action against Defendants, Plaintiff will show the Court the following:

### I. DAMAGES AND DISCOVERY PLAN

1.      Pursuant to Rule 190.4 of the Texas Rules of Civil Procedure, Plaintiff asserts that discovery should be conducted in this case under Level 3. Pursuant to Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiff seeks monetary relief over $1,000,000, as well as injunctive relief.

## II. **PARTIES**

2.     Plaintiff Ricco Washington ("Washington" or "Plaintiff") is an individual who currently resides at 55 Golden Scroll Circle, The Woodlands, Texas 77382.

3.     Defendant Pacific Summit Entergy LLC ("PSE") is Delaware limited liability company with its principal office at Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801, and may be served with process through its registered agent, CT Corporation System, at 1021 Main Street, Suite 1150, Houston, Texas 77002.

***ISSUANCE OF CITATION IS REQUESTED***

4.     Defendant Sumitomo Corporation of the Americas ("Sumitomo") is a New York corporation with its principal office at 2010 Main Street, #1200, Irvine, California 92614, and may be served with process through its registered agent, CT Corporation System, 350 North St. Paul Street, Suite 2900, Dallas, Texas 75201.  Plaintiff is informed and believes, and based thereon alleges, that Sumitomo employs over 500 employees.

***ISSUANCE OF CITATION IS REQUESTED***

III. <u>VENUE AND JURISDICTION</u>

5.     Venue is proper in Montgomery County, Texas under Texas Civil Practice & Remedies Code section 15.002 because all or a substantial part of the events or omissions occurred in this County (section 15.002(a)(1)), and PSE's principal office in Texas (where Plaintiff worked) is in this County (section 15.002(a)(3)).

## IV. **FACTUAL BACKGROUND**

A.    **Washington's Employment with Defendants.**

      6.    Washington was born and raised in California and is of African American heritage. He works as the Vice President for Trading and Origination (West and Mexico Region) for PSE, with his office in The Woodlands, Texas.

      7.    PSE is a subsidiary of Sumitomo, which is a Japanese global enterprise that prides itself as having more than 350 years of successful business history. PSE is the North American energy marketing and trading affiliate for this Japanese enterprise, and explains the company's history on its website (www.pacificsummitenergy.com/who-we-are/) as follows:

> "Sumitomo formed PSE to expand their midstream presence in the North American energy industry.
>
> Founded in 2004, PSE has grown to include more than 80 employees across California, Texas and Virginia. We have over 600 counterparties with customers ranging from other wholesale trading companies to commercial and industrial end users.
>
> PSE added trading desks for power in 2012 and crude oil in 2014. The additions, along with our entry into LNG projects in 2013, have allowed PSE to grow and establish a dominant presence in the commodity trading space."

      8.    Washington has worked for PSE/Sumitomo since May 2007. Before his promotion to Vice President on October 1, 2018, he worked as a Senior Originator (West and Mexico Region). He currently has over 12 ½ years with the Company. When he was promoted, his base salary was increased from $185K to $225K. His primary job responsibility is to grow PSE/Sumitomo's market and trading presence in the West and Mexico region, in addition to meeting and exceeding P&L targets.

3

**B.** **Defendants' Corporate Culture of Bias Against Non-Japanese and Non-Caucasian Employees.**

9.      One of the distinctive features of the Japanese management style is a job rotation system. In large Japanese companies, Japanese managers typically move into new jobs in different fields repeatedly during their careers, at intervals from two to seven years. *See*, for example, Eileen M. Mullen, *Rotating Japanese Managers in American Subsidiaries of Japanese Firms: A Challenge for American Employment Discrimination Law*, 45 Stanford L. Rev. 3 (1993). The Japanese-style of shuffling managers into new disciplines every few years is a practice that is rare in Western corporations, but a system Sumitomo subscribes to for its Japanese executives. For example, attached collectively as **Exhibit 1** are a 19-page press release from Sumitomo's President and Chief Executive Officer issued January 30, 2018 and a 16-page letter (or press release) from February 22, 2008 discussing a myriad of personnel changes for the Japanese employees, showing them being shuffled among various executive roles.

10.      Jiro Miyazaki currently works as a Senior Vice President based in The Woodlands, Texas office. As a Japanese national, Mr. Miyazaki has rotated into different jobs with the Company to oversee United States-based employees over the years that Washington has worked for PSE/Sumitomo.

11.      Mr. Miyazaki has a history of complaints made against him. Despite a history of complaints against him, he continues in positions of authority over American employees seemingly without any negative repercussions or restrictions. Accordingly, Washington had never felt comfortable reporting the concerns addressed in this Petition directly to Sumitomo's Human Resource manager, Tomoe Iwatera, who is also Japanese, works in the Newport Beach, California headquarters of Sumitomo's North American operations, and has a reputation for showing bias towards the company and its senior Japanese managers on HR matters.

4

Plaintiff's Original Petition

12.     A common complaint against Mr. Miyazaki is that he disapproves of seeing any financial success at PSE for non-Japanese employees. Because Washington is African American, Miyazaki is particularly sensitive to Washington earning more money or advancing in his career at PSE more so than he feels a non-Japanese and non-Caucasian employee should be "allowed" to advance. That is, Mr. Miyazaki seems particularly ill at ease with any status or success that Washington gains at the Company because he is not Asian, or even Caucasian.

13.     When Washington's team and Washington started experiencing substantial financial success in the Mexican market in 2017, Mr. Miyazaki started making comments insinuating these deals surely must entail bribes and other acts of foreign corruption. By February 2019, Mr. Miyazaki had launched a formal investigation into Washington's business dealings in Mexico.

14.     As part of this investigation, Washington understands that his emails were thoroughly reviewed and that several of his business counterparts in Mexico were contacted and corroborated that his business practices and integrity were beyond reproach.

15.     Washington made it known (to Mr. Miyazaki; his direct supervisor, Matthew Clark; and Jikja Chung, head legal counsel) that he found the investigation offensive, and ultimately, the investigation was concluded with no findings of anything improper in his Mexican-based dealings.

16.     Washington's former direct supervisor, Matthew Clark ("Clark"), was the first non-Japanese employee to reach the rank of President for PSE – as all others in this position have been Japanese men. Clark told Washington when he left the company that Mr. Miyazaki had it out for Washington, since he had been recently promoted to a Vice Presidency.

17.     It was not long after Clark left in July 2019 that Washington experienced severe discriminatory treatment from Mr. Miyazaki, discussed further below. In short, since Mr. Clark

5

left, Mr. Miyazaki's harassment started with him constantly bringing up the investigation of Washington's Mexico deals, as if to insinuate that some incriminating evidence had been found against him (when it had not), and then escalated with him demanding Washington return several hundred thousand dollars of previously paid compensation.

C.   **Washington's 2018 Performance Bonus, as Approved by Senior Management.**

18.   In March and April 2019, Washington was included in several emails concerning the calculation of his bonus for 2018 performance.   PSE commercial employees such as Washington receive significant bonuses in addition to their base salary if performance targets are met.   The P&L results are based on results from mid-March to mid-March, and PSE's fiscal year is April to March.

19.   2018 was a banner year for the West Texas Region, including because of short trading strategies on oil and gas commodities in Mexico.   The two points where most of this activity occurred were at Permian and Waha.   Most of the oil and gas production in that region was being produced at an enormous rate and having the "know how" of the Mexico market further validated our trade strategies.   The specialized "know how" concerning the Mexican market was a result of a long-term supply deal to CFE (Mexico Power Company) that Washington had originated.   The origination of this deal took over two years.   Most of Mexico's natural gas production is declining and they rely on US exports of natural gas supplies.   Through Washington's many business development trips to Mexico it became apparent that Mexico's new infrastructure was ill-equipped to take on new supply; thus, not leaving a major home for gas supply in the West Texas region.   Also, with a newly elected President with a Socialist bent, Washington speculated that many new projects that would allow Permian gas to flow into Mexico would be stalled.   To understand the dynamics in this market further, Mexico had only recently deregulated its natural

Plaintiff's Original Petition

gas market to open competition within the past five years. Prior to that it was a monopoly run by CFE (Mexico Power Company) and Pemex (Natural Gas and Oil Company of Mexico).

20.     On March 29, 2019 when Washington's bonus calculation was presented to him, Washington immediately noticed it was calculated incorrectly, and he was provided no back-up calculations from the Company on how they reached the incorrect figure they presented. Washington promptly reported this matter to his direct supervisor, Clark, who was then the President of PSE. Mr. Clark then took the matter to the PSE/Sumitomo "Senior Management" Committee.

21.     Mr. Clark told Washington that Mr. Miyazaki stated in response to his complaint that "He [Washington] does not deserve this money," and Mr. Clark also told Washington that Mr. Miyazaki "has it out for you."

22.     Mr. Clark was going through his own personal difficulties with PSE/Sumitomo's Senior Management Committee at the time, so Washington also decided to communicate directly via telephone, email and text with Chang Lee, the Senior Vice President of Risk Management. Mr. Lee was a member of PSE/Sumitomo's Senior Management Committee, which also included Mr. Miyazaki, Manabu Kido, Yoichi Kawato, Mr. Clark, and Matt Brown.

23.     In response to Washington's communications with Mr. Lee, he submitted to the Senior Management Committee detailed calculations for both the original bonus amount they had presented and a new, revised amount. Having now had the benefit to see the calculations behind the original amount that was presented, Washington noticed several inconsistent and disingenuous elements to their calculations – which were clearly skewered to minimize his bonus amount. For example, the first proposed amount was calculated based off the full year's performance of "West BG" (a book of business that resides in the West region), but yet the full year's performance for

7

the entire Western region was not factored into the calculations.  It was clear Defendants were essentially "cherry picking" factors to include in the calculations that would reduce or suppress Washington's bonus amount.

24.    The emails concerning the re-calculation of Washington's bonus included Tomoe Iwatera, the Director of Human Resources & General Affairs (discussed further above), Chang Lee, PSE's (then) President, Clark, and the entire "Senior Management" group.  These emails are attached collectively as **Exhibit 2** and incorporated herein by this reference.

25.    During these discussions, Mr. Clark and Washington discussed how he had been shorted about $650,000-700,000 of compensation because he had been excluded from Sumitomo's Long Term Compensation ("LTC") Program until April 1, 2019, but that Japanese senior management was unwilling to account for this in the bonus calculations under discussion. Previously Mr. Clark had verbally confirmed to Washington that he would be in the LTC Program as soon as he was promoted to VP back in October 2018 – but this did not happen.

26.    After these communications confirmed the calculation of his bonus (absent the LTC compensation to which he was improperly excluded), Washington's 2018 bonus check was issued on April 12, 2019 in the amount of $1,360,777 and was <u>approved by senior management</u>. Attached as **Exhibit 3**, and incorporated herein by this reference, are text messages between Mr. Lee and Washington confirming he had talked to both Mr. Kawato (as mentioned above, Mr. Kawato is a member of the Senior Management Committee and runs the Irvine, California office) and Mr. Clark about his bonus, that Mr. Kawato **"agree[d] to full salary or half year wear [sic – West] budget,"** and that Mr. Lee was **"Sorry for the trouble."**

8

**D.    Defendants' About-Face on the Bonus and Demand for its Return.**

27.    Notwithstanding the prior detailed discussions over his bonus in March that involved the Senior Management Committee's approval, and issuance of the check in April, on August 29, 2019, after calling Washington into his office to casually discuss football, Mr. Miyazaki completely blind-sided Washington by stating he was working to get a large part of the bonus "clawed back" and that a letter seeking this was in the works.

28.    On Friday, August 30, 2019, Washington sent Ms. Iwatera an email asking that a third party be present in any meeting involving him and Jiro Miyazaki (in one-on-one situations). A copy of this email is attached as **Exhibit 4** and incorporated herein by this reference.  Neither Ms. Iwatera, nor anyone else with the Company, took any steps to interview Washington or otherwise investigate why he would not want to be alone with Mr. Miyazaki.  To this day, Washington has not been interviewed by HR, or anyone else with the Company, about this complaint.

29.    The following Thursday, September 5, 2019, Ms. Iwatera emailed Washington a letter, signed by PSE's Chairman (the highest ranking executive with PSE), Manabu Kido, demanding that he refund approximately 46% of the bonus that was previously issued to him back in April 2019 – even though the bonus amount had already been confirmed by senior management, and was paid in April 2019.  More specifically, Sumitomo demanded Washington refund the sum of $625,699.  A copy of the September 5, 2019 letter, and Ms. Iwatera's cover email (copying Mr. Kido, Yoichi Kawato and Jikja Chung), are attached as **Exhibit 5**, and incorporated herein by this reference.

30.    The only Caucasian on the Senior Management Committee after Mr. Clark's departure, Matt Brown, has indicated to Washington that he was excluded from any discussions

9

by the Committee with Mr. Miyazaki about the demand that he refund nearly half his 2018 bonus, or the letter that Mr. Miyazaki orchestrated that Mr. Kido signed.

31.    To Washington's knowledge, no Caucasian employee has ever been asked to refund a previously issued bonus, much less asked to refund almost half of their previously issued bonus.

32.    Moreover, the "new" math is wrong because Defendants originally tried to prorate Washington's salary by *half* in the calculation for full-year Permian and *half*-year West production. This is cherry picking and trying to pull the wool over Washington's eyes. To be consistent and fair, the calculation should have been to prorate Washington's salary by *half* for full-year Permian and *full*-year West production, or, the calculation should be based on his *full* salary and *half*-year West budget (as Senior Management agreed and documented by the email chains, text messages (submitted as Exhibits 2-3) and prior check that was paid to him).

33.    Washington timely filed a Charge of Discrimination with the Texas Workforce Commission and Equal Employment Opportunity Commission on September 18, 2019. A true and correct copy of the file stamped EEOC Form 5 for this filing is attached as part of **Exhibit 6** and incorporated herein by this reference.

34.    The EEOC thereafter issued Washington his Notice of Right to Sue (Issued on Request) (RTS) on September 24, 2019. A true and correct copy of Washington's RTS is attached as part of **Exhibit 6** and incorporated hereby by this reference.

### V. EMPLOYMENT DISCRIMINATION AND HARASSMENT IN VIOLATION OF THE TEXAS COMMISSION ON HUMAN RIGHTS ACT (TCHRA)

35.    Plaintiff hereby incorporates and re-alleges each and every foregoing paragraph as if fully set forth herein.

36.    As further described above, Washington has been harassed and discriminated against because he is African American/black, and not Japanese or Caucasian.

37.    Washington's race, color, and national origin were motivating factors in Defendants' decision to demand return of nearly 50% of his 2018 bonus after it had already been paid.

38.    Such discrimination and harassment were unlawful under Chapter 21 of the Texas Labor Code.

39.    As a result of such discrimination and harassment, Washington has suffered, and is continuing to suffer, compensatory damages, including emotional pain and suffering and mental anguish in an amount according to proof at trial.

40.    As further described above, Defendants acted with malice or with reckless indifference to the right of Washington to be free from such practices.  Accordingly, Washington is entitled to an award of exemplary damages pursuant to Section 21.2585 of the Texas Labor Code.

41.    Washington is also entitled to recover his attorneys' fees pursuant to Section 21.259 of the Texas Labor Code.

## VI. EMPLOYMENT RETALIATION IN
## VIOLATION OF THE TEXAS COMMISSION ON HUMAN RIGHTS ACT (TCHRA)

42.    Plaintiff hereby incorporates and re-alleges each and every foregoing paragraph as if fully set forth herein.

43.    As further described above, Washington has been retaliated against because he previously complained about Mr. Miyazaki's discrimination, harassment and retaliation against him.

44.    But for Washington's prior complaints, Defendants would not have demanded that he return of nearly 50% of his 2018 bonus after it had already been paid.

45.    Such retaliation was unlawful under Chapter 21 of the Texas Labor Code.

46.    As a result of such retaliation, Washington has suffered, and is continuing to suffer, compensatory damages, including emotional pain and suffering and mental anguish in an amount according to proof at trial.

47.    As further described above, Defendants acted with malice or with reckless indifference to the right of Washington to be free from retaliation.  Accordingly, Washington is entitled to an award of exemplary damages pursuant to Section 21.2585 of the Texas Labor Code.

48.    Washington is also entitled to recover his attorneys' fees pursuant to Section 21.259 of the Texas Labor Code.

## VII.  INJUNCTIVE RELIEF PURSUANT TO
## THE TEXAS COMMISSION ON HUMAN RIGHTS ACT (TCHRA)

49.    Plaintiff hereby incorporates and re-alleges each and every foregoing paragraph as if fully set forth herein.

50.    Pursuant to Labor Code section 21.258, on a finding that a respondent has engaged in an unlawful employment practice as alleged in a complaint, a court may: (1) prohibit by injunction the respondent from engaging in an unlawful employment practice; and (2) order additional equitable relief as may be appropriate.

51.    The Court should order an injunction or additional equitable relief under Section 21.258, including, without limitation, an order prohibiting Defendants from further pursuit of their efforts to claw-back Washington's 2018 bonus.

52.    Washington is also entitled to recover his attorneys' fees pursuant to Section 21.259 of the Texas Labor Code.

## VIII.  CONDITIONS PRECEDENT

53.    All conditions precedent to Plaintiff's claims for relief have been performed or have occurred.

12

## IX.    JURY DEMAND

54.    Plaintiff asserts his right to a trial by jury, under Texas Constitution article 1, section 15, and makes this demand for a jury trial at least 30 days before the date this case is set for trial, in accordance with Texas Rule of Civil Procedure 216. Plaintiff tenders the appropriate fee with the Court, as required by Texas Government Code section 51.604(a).

## X.    REQUEST FOR DISCLOSURES

55.    Under Texas Rule of Civil Procedure 194, Plaintiff requests that Defendants disclose, within fifty (50) days of the service of this request the information or material described in Rule 194.2.

## PRAYER

Based on the foregoing, Plaintiff asks that Defendants be cited to appear and answer and this Court grant to Plaintiff:

     a.   Judgment against Defendants in an amount to be proved at trial;

     b.   Injunctive relief pursuant to Texas Labor Code section 21.258;

     c.   Pre- and post-judgment interest;

     d.   Costs of suit;

     e.   Reasonable and necessary attorneys' fees pursuant to Texas Labor Code section; and

     f.   All other relief, in law and in equity, to which Plaintiff may be justly entitled.

13

Respectfully submitted,

THE STRONG FIRM, P.C.

/s/ April L. Walter

_____

BRET STRONG
Texas State Bar No. 000795671
bstrong@thestrongfirm.com
LAURA F. DUMAS
Texas State Bar No. 24103763
ldumas@thestrongfirm.com
APRIL L. WALTER
Texas State Bar No. 24052793
awalter@thestrongfirm.com
KRISTEN BATES
Texas State Bar No. 24073881
kbates@thestrongfirm.com
1790 Hughes Landing Blvd., Suite 200
The Woodlands, Texas 77380
Phone: 281.367.1222
Fax: 281.210.1361

ATTORNEYS FOR PLAINTIFF,
RICCO WASHINGTON

14

For Immediate Release

January 30, 2018

To whom it may concern:

**Sumitomo Corporation**
Kuniharu Nakamura; President and Chief Executive Officer
Code No: 8053 Tokyo Stock Exchange (TSE), 1st Section
Contact: Kenji Shinmori,
General Manager,
Corporate Communications Dept.
Tel. +81-3-5166-3100

Personnel Changes of Board Members, Executive Officers, Audit & Supervisory Board Members and
Corporate Officers and Organizational Changes

Personnel changes of Board Members, Executive Officers, Audit & Supervisory Board Members, Corporate Officers and the others from this April, and the personnel changes to be proposed at the Ordinary General Meeting of Shareholders scheduled for this coming June, have been resolved, at the ordinary meeting of the Board of Directors held today, as attached.
In addition, we also inform the Organizational Changes.

**Ⅰ. Personnel changes of Board Members, Executive Officers and Audit & Supervisory Board Members**
1 ) Retirement from Executive Officers (As of March 31) ： 4 person
2 ) Newly Appointed Executive Officers (As of April 1) ： 5 persons
3 ) Reappointment of Executive Officers (As of April 1) ： 39 persons
4 ) Promotion of Executive Officers (As of April 1) ： 6 persons
5 ) The Other Personnel Changes of Executive Officers (As of April 1)
6 ) Retirement from Representative Directors (After the Ordinary General Meeting of Shareholders in June) ： 2 persons
7 ) Newly Appointed Directors (Proposed at the Ordinary General Meeting of Shareholders in June)
： 4 persons
8 ) Reappointment of Directors (Proposed at the Ordinary General Meeting of Shareholders in June)
： 6 persons
9 ) Retirement from Audit & Supervisory Board Member (After the Ordinary General Meeting of Shareholders in June) ： 1 person
1 0 ) Newly Appointed Audit & Supervisory Board Member (Proposed at the Ordinary General Meeting of Shareholders in June) ： 1 person

**Ⅱ. Personnel changes of Corporate Officers (As of April 1)**
1 ) Newly Appointed Corporate Officers ： 9 persons
2 ) The Other Personnel Changes of Corporate Officers

**Ⅲ. Personnel changes of the employees along with the above personnel changes(As of April 1)**

**Ⅳ. Organizational Changes(Effective on April 1)**

Reference materials :
Ⅰ. Executive Officers (As of April 1) ： 44 persons
Ⅱ. Board Members (After the Ordinary General Meeting of Shareholders in June) ： 11 persons
Ⅲ. Audit & Supervisory Board Members (After the Ordinary General Meeting of Shareholders in June)
： 5 persons

## Ⅰ．Personnel changes of Board Members, Executive Officers and Audit & Supervisory Board Members

1）Retirement from Executive Officers (As of March 31) ： 4 persons

| Name | As of April 1 | Current |
|---|---|---|
| Naoki Hidaka | Representative Director, Assistant to President and CEO | Representative Director, Executive Vice President, General Manager, Transportation & Construction Systems Business Unit |
| Masao Tabuchi | Representative Director, Assistant to President and CEO, SCSK Corporation | Representative Director, Senior Managing Executive Officer, Chief Strategy Officer and Chief Information Officer |
| Hiroyuki Takai | Adviser, Assistant General Manager for the Americas, Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Washington Office | Executive Officer, Assistant to CSO, Sumitomo Corporation Global Research Co. Ltd. |
| Toshiaki Murai | Adviser | Executive Officer, General Manager, Mineral Resources Division No.1 |

2）Newly Appointed Executive Officers (As of April 1) ： 5 persons

| Name | As of April 1 | Current |
|---|---|---|
| Kenji Shinmori | Executive Officer, General Manager, Corporate Communications Dept. | Corporate Officer, General Manager, Corporate Communications Dept. |
| Shinji Nakano | Executive Officer, Assistant General Manager for Asia & Oceania, Sumitomo Corporation Asia & Oceania Group, President and CEO, Sumitomo Corporation Thailand, Ltd., President, Sumi-Thai Holdings Limited, President and CEO, Sumi-Thai International Limited | Corporate Officer, Assistant General Manager for Asia & Oceania, Sumitomo Corporation Asia & Oceania Group, President and CEO, Sumitomo Corporation Thailand, Ltd., President, Sumi-Thai Holdings Limited, President and CEO, Sumi-Thai International Limited |
| Mitsuhiro Takeda | Executive Officer, Assistant General Manager for the Americas, Executive Vice President and Deputy CFO of Sumitomo Corporation of Americas Group, Executive Vice President and Deputy CFO of Sumitomo Corporation of Americas | Corporate Officer, General Manager, Planning & Coordination Dept., Environment & Infrastructure Business Unit |
| Shinichi Kato | Executive Officer, General Manager, Automobility Business Division | Corporate Officer, Assistant General Manager for the Americas, General Manager, Auto & Aerospace Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America |

| Name | As of April 1 | Current |
|---|---|---|
| Hirokazu Higashino | Executive Officer,<br>General Manager, Materials, Supplies &<br>Real Estate Division | Corporate Officer,<br>General Manager, Materials, Supplies &<br>Real Estate Division |

3) Reappointment of Executive Officers (As of April 1) : 39 persons
  All Executive Officers, except for Kuniharu Nakamura, Naoki Hidaka, Masao Tabuchi, Hiroyuki Takai and
  Toshiaki Murai, who will retire from Executive Officers on March 31, will be reappointed as Executive Officers.

4) Promotion of Executive Officers (As of April 1) : 6 persons

| Name | As of April 1 | Current |
|---|---|---|
| Fumihiro Koba | Senior Managing Executive Officer,<br>General Manager for East Asia,<br>CEO of Sumitomo Corporation China<br>Group,<br>Sumitomo Corporation (Shanghai)<br>Limited,<br>General Manager, Sumitomo Corporation<br>(China) Holding Ltd. | Managing Executive Officer,<br>General Manager for East Asia,<br>CEO of Sumitomo Corporation China<br>Group,<br>Sumitomo Corporation (Shanghai)<br>Limited,<br>General Manager, Sumitomo Corporation<br>(China) Holding Ltd. |
| Shingo Ueno | Senior Managing Executive Officer,<br>General Manager for the Americas,<br>President and CEO of Sumitomo<br>Corporation of Americas Group,<br>Director and President of Sumitomo<br>Corporation of Americas | Managing Executive Officer,<br>General Manager for the Americas,<br>President and CEO of Sumitomo<br>Corporation of Americas Group,<br>Director and President of Sumitomo<br>Corporation of Americas |
| Tsutomu Akimoto | Managing Executive Officer,<br>General Manager, Infrastructure<br>Business Unit | Executive Officer,<br>General Manager, Global Power<br>Infrastructure Business Division,<br>General Manager, IPP & IWPP Dept.<br>No.3 |
| Masato Ishida | Managing Executive Officer,<br>General Manager for Europe, Middle<br>East, Africa & CIS,<br>Chairman of Sumitomo Corporation<br>Europe Holding Limited | Executive Officer,<br>Assistant General Manager for Europe,<br>Middle East, Africa & CIS,<br>General Manager for Middle East |
| Nobuki Ando | Managing Executive Officer,<br>General Manager, Living Related & Real<br>Estate Business Unit | Executive Officer,<br>Assistant General Manager, Media, ICT,<br>Lifestyle Related Goods & Services<br>Business Unit,<br>General Manager, Planning &<br>Coordination Dept., Media, ICT, Lifestyle<br>Related Goods & Services Business Unit |
| Hideki Yamano | Managing Executive Officer,<br>Chief Strategy Officer and Chief<br>Information Officer | Executive Officer,<br>General Manager, Corporate Planning &<br>Coordination Dept. |

5) The Other Personnel Changes of Executive Officers (As of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Masato Sugimori | Senior Managing Executive Officer, Assistant to General Manager, Media & ICT Business Unit, Jupiter Telecommunications Co., Ltd. | Senior Managing Executive Officer, Assistant to General Manager, Media, ICT, Lifestyle Related Goods & Services Business Unit, Jupiter Telecommunications Co., Ltd. |
| Toshikazu Nambu | Senior Managing Executive Officer, General Manager, Media & ICT Business Unit | Senior Managing Executive Officer, General Manager, Media, ICT, Lifestyle Related Goods & Services Business Unit |
| Kiyoshi Sunobe | Managing Executive Officer, Assistant to CSO, Sumitomo Corporation Global Research Co. Ltd. | Managing Executive Officer, General Manager for Europe, Middle East, Africa & CIS, Chairman of Sumitomo Corporation Europe Holding Limited |
| Daisuke Mikogami | Managing Executive Officer, Assistant to General Manager, Media & ICT Business Unit, SCSK Corporation | Managing Executive Officer, Assistant to General Manager, Media, ICT, Lifestyle Related Goods & Services Business Unit, SCSK Corporation |
| Shoichiro Oka | Managing Executive Officer, General Manager, Transportation & Construction Systems Business Unit | Managing Executive Officer, Assistant General Manager, Transportation & Construction Systems Business Unit, General Manager, Automotive Division, No. 2 |
| Takeshi Murata | Executive Officer, Assistant to General Manager, Transportation & Construction Systems Business Unit | Executive Officer, General Manager, Ship, Aerospace & Transportation Systems Division |
| Keiji Tanaka | Executive Officer, Assistant to General Manager, Media & ICT Business Unit, Jupiter Shop Channel Co., Ltd. | Executive Officer, Assistant to General Manager, Media, ICT, Lifestyle Related Goods & Services Business Unit, Jupiter Shop Channel Co., Ltd. |
| Takayuki Seishima | Executive Officer, Assistant CAO, Secretary & Human Resources | Executive Officer, Assistant General Manager for the Americas, Executive Vice President and CFO of Sumitomo Corporation of Americas Group, Executive Vice President and CFO of Sumitomo Corporation of Americas |
| Toyoaki Funakoshi | Executive Officer, General Manager, Planning & Coordination Dept., Infrastructure Business Unit | Executive Officer, General Manager, Social Infrastructure Business Division |

| Name | As of April 1 | Current |
|---|---|---|
| Masaki Nakajima | Executive Officer,<br>Assistant General Manager for the Americas,<br>Executive Vice President and CFO of Sumitomo Corporation of Americas Group,<br>Executive Vice President and CFO of Sumitomo Corporation of Americas | Executive Officer,<br>General Manager, Automotive Division, No.1 |
| Keigo Shiomi | Executive Officer,<br>General Manager, Metal Products for Automotive Industry Division,<br>Sumitomo Corporation Global Metals Co., Ltd.,<br>Deputy General Manager, Automotive Manufacturing Business Division | Executive Officer,<br>General Manager, Metal Products for Automotive Industry Division,<br>Sumitomo Corporation Global Metals Co., Ltd. |
| Koji Tamefusa | Executive Officer,<br>Assistant to General Manager, Media & ICT Business Unit,<br>SCSK Corporation | Executive Officer,<br>Assistant to General Manager, Media, ICT, Lifestyle Related Goods & Services Business Unit,<br>SCSK Corporation |
| Yasushi Fukuda | Executive Officer,<br>General Manager, Logistics Infrastructure Business Division | Executive Officer,<br>General Manager, Logistics & Insurance Business Division |
| Norihiko Nonaka | Executive Officer,<br>General Manager, Global Power Infrastructure Business Division | Executive Officer,<br>Assistant General Manager for Asia & Oceania,<br>General Manager, Environment & Infrastructure Business Unit in Sumitomo Corporation Asia & Oceania Group,<br>President Director, PT. Sumitomo Indonesia |
| Masaru Shiomi | Executive Officer,<br>Assistant CFO, Finance | Executive Officer,<br>General Manager, Finance Dept. |
| Bin Haga | Executive Officer,<br>General Manager, Corporate Planning & Coordination Dept. | Executive Officer,<br>Assistant General Manager for Europe, Middle East, Africa & CIS,<br>General Manager for Europe,<br>CEO of Sumitomo Corporation Europe Group,<br>Managing Director, Sumitomo Corporation Europe Holding Limited,<br>Chairman and Managing Director, Sumitomo Corporation Europe Limited |

6) Retirement from Representative Directors (After the Ordinary General Meeting of Shareholders in June)
  : 2 persons

| Name | New | As of April 1 |
|------|-----|---------------|
| Naoki Hidaka | Special Adviser | Representative Director, Assistant to President and CEO |
| Masao Tabuchi | Retirement (will be Representative Director, Chairman of SCSK Corporation in June) | Representative Director, Assistant to President and CEO, SCSK Corporation |

7) Newly Appointed Directors (Proposed at the Ordinary General Meeting of Shareholders in June) : 4 persons

| Name | New | As of April 1 |
|------|-----|---------------|
| Masahiro Fujita | Representative Director, Executive Vice President, General Manager, Mineral Resources, Energy, Chemical & Electronics Business Unit | Executive Vice President, General Manager, Mineral Resources, Energy, Chemical & Electronics Business Unit |
| Hideki Yamano | Representative Director, Managing Executive Officer, Chief Strategy Officer and Chief Information Officer | Managing Executive Officer, Chief Strategy Officer and Chief Information Officer |
| Kimie Iwata | Outside Director | |
| Hisashi Yamazaki | Outside Director | |

8) Reappointment of Directors (Proposed at the Ordinary General Meeting of Shareholders in June)
  : 6 persons
  All Directors, except for Kazuo Ohmori, Naoki Hidaka and Masao Tabuchi, who will retire from Directors, will be proposed to be reappointed as Directors. All Directors (proposed at the Ordinary General Meeting of Shareholders in June), except for Kuniharu Nakamura, Yayoi Tanaka, Nobuyoshi Ehara, Koji Ishida, Kimie Iwata, Hisashi Yamazaki will be proposed to be appointed as Representative Director.

9) Retirement from Audit & Supervisory Board Member (After the Ordinary General Meeting of Shareholders in June) : 1 person
   Nobuhiko Yuki

10) Newly Appointed Audit & Supervisory Board Member (Proposed at the Ordinary General Meeting of Shareholders in June) : 1 person
   Toshiaki Murai

## Ⅱ. Personnel changes of Corporate Officers (As of April 1)

1) Newly Appointed Corporate Officers : 9 persons

| Name | As of April 1 | Current |
|------|---------------|---------|
| Kei Kato | Corporate Officer, Assistant to General Manager, ICT Business Division, SCSK Corporation | General Manager, Business Development Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant General Manager for the Americas |
| Yoshikatsu Nakamura | Corporate Officer, General Manager, Food & Agriculture Business Division | Assistant General Manager, Food & Agriculture Business Division, General Manager, Fresh Produce Business (Europe and the Americas) Dept. |
| Ryota Yoshimura | Corporate Officer, Deputy General Manager, Global Coordination Dept. | Deputy General Manager, Global Coordination Dept. |
| Satoshi Tokuda | Corporate Officer, Deputy General Manager, Corporate Planning & Coordination Dept. | Deputy General Manager, Corporate Planning & Coordination Dept. |
| Hiroki Takeno | Corporate Officer, Assistant to General Manager, Lifestyle & Retail Business Division, SUMMIT,INC. | Assistant to General Manager, Retail Business Dept., SUMMIT,INC. |
| Hiroshi Karashima | Corporate Officer, General Manager, Social Infrastructure Business Division | General Manager, Transportation & Construction Systems Business Unit in Sumitomo Corporation Asia & Oceania Group, General Director, Sumitomo Corporation Vietnam LLC |
| Yukihito Honda | Corporate Officer, Assistant General Manager for the Americas, General Manager, Tubular Products Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Houston Office, Assistant to General Manager for South America | General Manager, Tubular Products Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Houston Office, Assistant to General Manager for South America |
| Kotaro Tameda | Corporate Officer, General Manager, Life Science Division | General Manager, Chemicals and Electronics Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America |
| Tadayuki Ueno | Corporate Officer, General Manager, Risk Management Dept. No.2 | General Manager, Risk Management Dept. No.2 |

2）The Other Personnel Changes of Corporate Officers

| Name | As of April 1 | Current |
|---|---|---|
| Hiroshi Tomishima | Corporate Officer, Assistant to General Manager, Living Related & Real Estate Business Unit | Corporate Officer, General Manager for South America, President of Sumitomo Corporation do Brasil S.A. |
| Michinobu Yugen | Corporate Officer, Assistant to General Manager, Food & Agriculture Business Division, Chiba Kyodo Silo Co., Ltd. | Corporate Officer, General Manager, Life Science Division |
| Katsuya Okihiro | Corporate Officer, Assistant to General Manager,Logistics Infrastructure Business Division, Sumisho Global Logistics Co., Ltd. | Corporate Officer, Assistant General Manager for Japan Region, General Manager, Chubu Office |
| Makoto Yamaguchi | Corporate Officer, Assistant to General Manager, Lease, Shipbuilding & Aerospace Business Division, Oshima Shipbuilding Co., Ltd. | Corporate Officer, Assistant to General Manager, Ship, Aerospace & Transportation Systems Division, Oshima Shipbuilding Co., Ltd. |
| Kazuyuki Onose | Corporate Officer, General Manager, Automotive Manufacturing Business Division | Corporate Officer, Deputy General Manager, Metal Products for Automotive Industry Division, Deputy General Manager, Light Metals & Metal Products for Transportation Division, General Manager, Automotive Components Business Development Dept., Sumitomo Corporation Global Metals Co., Ltd. |
| Takaya Endo | Corporate Officer, Assistant to General Manager, Automobility Business Division, Sumitomo Mitsui Auto Service Company, Limited | Corporate Officer, Assistant to General Manager, Automotive Division, No.1, Sumitomo Mitsui Auto Service Company, Limited |
| Tetsuro Tajima | Corporate Officer, Assistant General Manager, Food & Agriculture Business Division, SC Foods Co.,Ltd. | Corporate Officer, Assistant to General Manager, Food & Agriculture Business Division, SC Foods Co.,Ltd. |
| Kyo Onojima | Corporate Officer, General Manager, Mineral Resources Division No.1 | Corporate Officer, Assistant General Manager for the Americas, General Manager, Mineral Resources Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America |

| Name | As of April 1 | Current |
|---|---|---|
| Haruo Matsuzaki | Corporate Officer, Assistant General Manager for the Americas, General Manager for South America, President of Sumitomo Corporation do Brasil S.A. | Corporate Officer, Deputy General Manager, Mineral Resources Division No.1 |
| Shiko Furihata | Corporate Officer, General Manager, Employee Relations & Compensation Dept. | Corporate Officer, General Manager, Human Resources Dept. |
| Yoshiaki Benino | Corporate Officer, Assistant to General Manager, Mobile Business Division, KDDI Summit Global Myanmar Co., Ltd., Media, ICT, Lifestyle Related Goods & Services Business Unit in Sumitomo Corporation Asia & Oceania Group | Corporate Officer, Assistant to General Manager, ICT Business Division, KDDI Summit Global Myanmar Co., Ltd., Media, ICT, Lifestyle Related Goods & Services Business Unit in Sumitomo Corporation Asia & Oceania Group |
| Daisuke Ohashi | Corporate Officer, Assistant to General Manager, Lease, Shipbuilding & Aerospace Business Division, Sumitomo Mitsui Finance and Leasing Company, Limited | Corporate Officer, Assistant to General Manager, Ship, Aerospace & Transportation Systems Division, Sumitomo Mitsui Finance and Leasing Company, Limited |
| Kanji Tojo | Corporate Officer, Assistant General Manager for Asia & Oceania, Sumitomo Corporation Asia & Oceania Group, President Director, PT. Sumitomo Indonesia | Corporate Officer, General Manager, Construction & Mining Systems Division |
| Katsuya Inubushi | Corporate Officer, Assistant General Manager for Japan Region, General Manager, Chubu Office | Corporate Officer, Assistant General Manager for the Americas, General Manager, Steel & Non-Ferrous Metal Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Chicago Office |
| Yoshinori Mukaida | Corporate Officer, General Manager, Finance Dept. | Corporate Officer, General Manager, Treasury Services Dept., Sumitomo Shoji Financial Management Co.,Ltd. |
| Masayoshi Tominaga | Corporate Officer, Assistant to General Manager, Automobility Business Division, Sumitomo Mitsui Finance and Leasing Co., Ltd. | Corporate Officer, Assistant to General Manager, Automotive Division, No.1, Sumitomo Mitsui Finance and Leasing Co., Ltd. |

| Name | As of April 1 | Current |
|---|---|---|
| Eiji Ishida | Corporate Officer, General Manager, Lease, Shipbuilding & Aerospace Business Division | Corporate Officer, Deputy General Manager, Ship, Aerospace & Transportation Systems Division |
| Tsutomu Ozaki | Corporate Officer, Assistant General Manager for Middle East, COO of Sumitomo Corporation Middle East Group, Managing Director, Sumitomo Corporation Middle East FZE | Corporate Officer, Assistant General Manager for Middle East, Managing Director, Sumitomo Corporation Middle East FZE |
| Takashi Yamana | Corporate Officer, Assistant General Manager for Europe, Middle East, Africa & CIS, General Manager for Europe, CEO of Sumitomo Corporation Europe Group, Managing Director, Sumitomo Corporation Europe Holding Limited, Chairman and Managing Director, Sumitomo Corporation Europe Limited | Corporate Officer, General Manager, Food & Agriculture Business Division |
| Hiroyuki Koike | Corporate Officer, General Manager, Planning & Coordination Dept., Media & ICT Business Unit | Corporate Officer, General Manager, ICT Business Division |
| Tomonori Wada | Corporate Officer, General Manager, Planning & Coordination Dept., Living Related & Real Estate Business Unit | Corporate Officer, Assistant General Manager for the Americas, General Manager, Media & Real Estate Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Silicon Valley Office |
| Masahiro Miyashita | Corporate Officer, General Manager, Mobile Business Division | Corporate Officer, General Manager, Mobile Solution Business Dept. No.2 |
| Masahiro Narikiyo | Corporate Officer, Assistant General Manager for Europe, Middle East, Africa & CIS, General Manager for Middle East, CEO of Sumitomo Corporation Middle East Group | Corporate Officer, Assistant General Manager for Asia & Oceania, Sumitomo Corporation Asia & Oceania Group, Chairman & Managing Director, Sumitomo Corporation India Private Limited |
| Koji Aso | Corporate Officer, General Manager, Construction & Mining Systems Division | Corporate Officer, Deputy General Manager, Construction & Mining Systems Division, General Manager, Construction Equipment Sales & Marketing Dept. No.2 |

| Name | As of April 1 | Current |
|---|---|---|
| Yoshihiko Hori | Corporate Officer, Deputy General Manager, Energy Division, General Manager, Natural Gas & LNG Business Dept. | Corporate Officer, Deputy General Manager, Energy Division, General Manager, Energy Trading Dept. |
| Kazumasa Watanabe | Corporate Officer, General Manager, ICT Business Division | Corporate Officer, Deputy General Manager, ICT Business Division, General Manager, IT Service Business Dept., General Manager, Open Innovation Dept. |
| Gota Iwanami | Corporate Officer, General Manager, Automotive Sales & Marketing Business Division | Corporate Officer, Deputy General Manager, Automotive Division, No. 2 |

### Ⅲ. Personnel changes of the employees along with the above personnel changes (As of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Shin Donowaki | Assistant to CSO, Sumitomo Corporation Global Research Co. Ltd. | Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Washington Office |
| Shinichi Watabe | General Manager, Human Resources Dept. | General Manager, Employee Relations & Compensation Dept. |
| Masahiro Ozamoto | General Manager, Treasury Services Dept., Sumitomo Shoji Financial Management Co.,Ltd. | Assistant to General Manager, Finance Dept., SCSK Corporation |
| Daisuke Mori | General Manager, Automotive Steel Sheet Products Business Dept.1, Sumitomo Corporation Global Metals Co., Ltd. | China Metal Products Business Unit in Sumitomo Corporation China Group, TIANJIN HUA ZHU METAL PRODUCTS CO., LTD. |
| Yuichi Ogawa | General Manager, Railway Products, Forging & Casting, Steel Logistics Equipment Business Dept. | General Manager, Rolled Steel & Non-Ferrous Products Unit in Sumitomo Corporation Europe Group, Sumitomo Deutschland GmbH |
| Daisuke Kajikawa | General Manager, Automotive Components Business Development Dept., | Deputy General Manager, Automotive Components Business Development Dept., Deputy General Manager, Automotive Steel Sheet Products Business Dept.1, Sumitomo Corporation Global Metals Co., Ltd. |

| Name | As of April 1 | Current |
|---|---|---|
| Hironori Amano | General Manager, Construction Equipment Sales & Marketing Dept. No.2 | General Manager, Construction Equipment Rental Business Dept. |
| Ichiro Murofushi | General Manager, Construction Equipment Rental Business Dept. | Assistant to General Manager, Construction Equipment Sales & Marketing Dept. No.1, Assistant to General Manager, Construction Equipment Rental Business Dept. |
| Eita Fujikawa | General Manager, Transportation Systems & Infrastructure Business Dept. | Assistant to General Manager, Transportation Systems & Infrastructure Business Dept. |
| Eisuke Takenaka | General Manager, IPP & IWPP Dept. No.3 | Chief Representative of Jakarta Project Coordination Office |
| Hajime Kobayashi | General Manager, Power Plant EPC Dept.  No.2 | Assistant to General Manager, IPP & IWPP Dept.  No.2, Cenpower Generation Company Limited, Sumitomo Corporation Africa Pty Ltd |
| Shunichi Aramaki | General Manager, Digital Solution Business Dept., General Manager, Open Innovation Dept. | Assistant to General Manager, IT Service Business Dept., SCSK Corporation |
| Katsuya Kashiki | General Manager, Mobile Solution Business Dept. No.2 | Deputy General Manager, Mobile Solution Business Dept. No.2 |
| Wataru Tanaka | General Manager, Fresh Produce Business (Europe and the Americas) Dept. | Assistant to General Manager, Food & Agriculture Business Development Dept. |
| Yukinari Shiraishi | Assistant General Manager, Materials, Supplies & Real Estate Division, General Manager, Retail Facilities Dept. | Assistant General Manager, Materials, Supplies & Real Estate Division General Manager, Building & Overseas Real Estate Business Dept. |
| Manabu Hamamoto | General Manager, Building Business Dept. | Deputy General Manager, Building & Overseas Real Estate Business Dept. |
| Tetsuya Suzuki | General Manager, Project Management Dept. for Mining & E&P | Assistant to General Manager, Energy Trading Dept., Petro Summit Pte. Ltd., Mineral Resources, Energy, Chemical & Electronics Business Unit in Sumitomo Corporation Asia & Oceania Group |
| Shu Nakamura | General Manager, Oil, LPG & Offshore Business Dept. | Assistant to General Manager, Energy Trading Dept., Enessance Holdings Co., Ltd. |

| Name | As of April 1 | Current |
|---|---|---|
| Koichi Taniguchi | General Manager, Power Infrastructure Business Unit in Sumitomo Corporation Asia & Oceania Group Sumitomo Corporation Thailand, Ltd., Sumi-Thai International Limited | General Manager, Power Plant EPC Dept. No.2 |
| Hidemasa Kozawa | General Manager, Social, Logistics & Transportation Infrastructure Business Unit in Sumitomo Corporation Asia & Oceania Group, General Director, Sumitomo Corporation Vietnam LLC | General Manager, Transportation Systems & Infrastructure Business Dept. |
| Masaki Morohoshi | Sumitomo Corporation Asia & Oceania Group, Chairman & Managing Director, Sumitomo Corporation India Private Limited | General Manager, Automotive Steel Sheet Products Business Dept.1, Sumitomo Corporation Global Metals Co., Ltd. |
| Eko Permanahadi | Chief Representative of Jakarta Project Coordination Office | — |
| Yoji Takahashi | General Manager, Rolled Steel & Non-Ferrous Products Unit in Sumitomo Corporation Europe Group, Sumitomo Deutschland GmbH | Deputy General Manager, Light Metals & Products Business Dept., Sumitomo Corporation Global Metals Co., Ltd. |
| Jun Okawara | General Manager, Business Development Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America | Business Development Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas |
| Kazuaki Tsuda | General Manager, Steel & Non-Ferrous Metal Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Chicago Office, Assistant to General Manager for South America | General Manager, Railway Products, Forging & Casting, Steel Logistics Equipment Business Dept., Sumitomo Corporation Global Metals Co., Ltd. |
| Shinichiro Wakasugi | General Manager, Automotive Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America | Sumitomo Corporation Dis Ticaret A.S., Business Development Unit in Sumitomo Corporation Europe Group |
| Takuya Tsujigaki | General Manager, Chemicals and Electronics Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America | Assistant to General Manager, Corporate Planning & Coordination Dept. |

| Name | As of April 1 | Current |
|---|---|---|
| Takeshi Niki | General Manager, Media & ICT Business Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, General Manager, Silicon Valley Office, Assistant to General Manager for South America | General Manager, Retail Facilities Dept. |
| Hiroaki Murata | General Manager, Materials, Supplies & Real Estate Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America | Media & Real Estate Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas |
| Ko Akiyama | General Manager, Mineral Resources Group in Sumitomo Corporation of Americas Group, Sumitomo Corporation of Americas, Assistant to General Manager for South America | General Manager, Project Management Dept. for Mining & E&P |

## IV. Organizational Changes (Effective on April 1)

### 1) Automotive Manufacturing Business

Automotive Manufacturing Business Division will be newly established under the co-control of Metal Products Business Unit and Transportation & Construction Systems Business Unit. Related organizations and business operations in the company will be consolidated into the new division. Metal Products Business Unit's business primarily involves materials, while Transportation & Construction Systems Business Unit undertakes business by taking a panoramic perspective of the entire supply chain in the automotive industry. By adopting a co-control system for the new division, the two business units will merge their strategies and place further business resources to compete in the diversifying automotive manufacturing field.

### 2) Social Infrastructure Business

With the aim of achieving further business growth in the area of social infrastructure, where markets are expected to continue expanding, we are consolidating our company-wide capabilities by transferring related organizations and business operations from Transportation & Construction Systems Business Unit to Environment & Infrastructure Business Unit. Concurrently, Environment & Infrastructure Business Unit will be renamed Infrastructure Business Unit.

### 3) Media, ICT, Lifestyle Related Goods & Services Business

To enhance the company's agility to capture business opportunities around technological evolutions, changes in industry structures, and consumer diversification, we will divide Media, ICT, Lifestyle Related Goods & Services Business Unit into Media & ICT Business Unit and Living Related & Real Estate Business Unit.

Media & ICT Business Unit will work to strengthen Group-wide cross-organizational ICT functions and accelerate digital transformation throughout the entire Sumitomo Corporation Group.

Living Related & Real Estate Business Unit will reinforce the framework for undertaking healthcare and overseas real estate businesses and strive to further expand the earnings base for the living related & real estate business.



＜Reference materials＞
Ⅰ．Executive Officers (As of April 1) ： 44 persons

＜◎：Representative Director＞
＜○：Proposed to be appointed as a Representative Director  at the Ordinary General Meeting of Shareholders
scheduled for this coming June＞

| Position | Name | Assignment | |
|---|---|---|---|
| President and Chief Executive Officer | Masayuki Hyodo | | ○ |
| Executive Vice President | Hideki Iwasawa | Chief Administration Officer and Chief Compliance Officer | ◎ |
| | Masahiro Fujita | General Manager, Mineral Resources, Energy, Chemical & Electronics Business Unit | ○ |
| Senior Managing Executive Officer | Koichi Takahata | Chief Financial Officer | ◎ |
| | Masao Sekiuchi | General Manager for Asia & Oceania, CEO of Sumitomo Corporation Asia & Oceania Group, President and CEO, Sumitomo Corporation Asia & Oceania Pte. Ltd. | |
| | Masato Sugimori | Assistant to General Manager, Media & ICT Business Unit, Jupiter Telecommunications Co., Ltd. | |
| | Akira Satake | Assistant to General Manager, Transportation & Construction Systems Business Unit, Sumitomo Precision Products CO.,LTD. | |
| | Makoto Horie | General Manager, Metal Products Business Unit | |
| | Toshikazu Nambu | General Manager, Media & ICT  Business Unit | |
| | Fumihiro Koba | General Manager for East Asia, CEO of Sumitomo Corporation China Group, Sumitomo Corporation (Shanghai) Limited, General Manager, Sumitomo Corporation (China) Holding Ltd. | |
| | Shingo Ueno | General Manager for the Americas, President and CEO of Sumitomo Corporation of Americas Group, Director and President of Sumitomo Corporation of Americas | |
| Managing Executive Officer | Hiroki Inoue | General Manager for Japan Region, General Manager, Kansai Office | |
| | Kiyoshi Sunobe | Assistant to CSO, Sumitomo Corporation Global Research Co. Ltd. | |
| | Michihiko Hosono | Assistant CAO, General Affairs & Legal | |
| | Hideo Ogawa | Assistant CFO, Risk Management | |
| | Daisuke Mikogami | Assistant to General Manager, Media & ICT Business Unit, SCSK Corporation | |

| Position | Name | Assignment | |
|---|---|---|---|
| Managing Executive Officer | Shoichiro Oka | General Manager, Transportation & Construction Systems Business Unit | |
| | Tsutomu Akimoto | General Manager, Infrastructure Business Unit | |
| | Masato Ishida | General Manager for Europe, Middle East, Africa & CIS, Chairman of Sumitomo Corporation Europe Holding Limited | |
| | Nobuki Ando | General Manager, Living Related & Real Estate Business Unit | |
| | Hideki Yamano | Chief Strategy Officer and Chief Information Officer | O |
| Executive Officer | Shuichi Suzuki | General Manager, Energy Division | |
| | Tsuyoshi Oikawa | General Manager, Planning & Coordination Dept., Mineral Resources, Energy, Chemical & Electronics Business Unit | |
| | Takeshi Murata | Assistant to General Manager, Transportation & Construction Systems Business Unit | |
| | Keiji Tanaka | Assistant to General Manager, Media & ICT Business Unit, Jupiter Shop Channel Co., Ltd. | |
| | Reiji Morooka | Assistant to General Manager, Transportation & Construction Systems Business Unit, Sumitomo Mitsui Finance and Leasing Company, Limited | |
| | Takayuki Seishima | Assistant CAO, Secretary & Human Resources | |
| | Toyoaki Funakoshi | General Manager, Planning & Coordination Dept., Infrastructure Business Unit | |
| | Masaki Nakajima | Assistant General Manager for the Americas, Executive Vice President and CFO of Sumitomo Corporation of Americas Group, Executive Vice President and CFO of Sumitomo Corporation of Americas | |
| | Keigo Shiomi | General Manager, Metal Products for Automotive Industry Division, Sumitomo Corporation Global Metals Co., Ltd., Deputy General Manager, Automotive Manufacturing Business Division | |
| | Masatoshi Deguchi | General Manager, Internal Auditing Dept. | |
| | Koji Tamefusa | Assistant to General Manager, Media & ICT Business Unit, SCSK Corporation | |

| Position | Name | Assignment | |
|---|---|---|---|
| Executive Officer | Yasushi Fukuda | General Manager, Logistics Infrastructure Business Division | |
| | Yoshiyuki Sakamoto | General Manager, Basic Chemicals & Electronics Division | |
| | Kei Sato | General Manager, Lifestyle & Retail Business Division | |
| | Norihiko Nonaka | General Manager, Global Power Infrastructure Business Division | |
| | Masaru Shiomi | Assistant CFO, Finance | |
| | Iehisa Nakamura | General Manager, Media Division | |
| | Bin Haga | General Manager, Corporate Planning & Coordination Dept. | |
| | Kenji Shinmori | General Manager, Corporate Communications Dept. | |
| | Shinji Nakano | Assistant General Manager for Asia & Oceania, Sumitomo Corporation Asia & Oceania Group, President and CEO, Sumitomo Corporation Thailand, Ltd., President, Sumi-Thai Holdings Limited, President and CEO, Sumi-Thai International Limited | |
| | Mitsuhiro Takeda | Assistant General Manager for the Americas, Executive Vice President and Deputy CFO of Sumitomo Corporation of Americas Group, Executive Vice President and Deputy CFO of Sumitomo Corporation of Americas | |
| | Shinichi Kato | General Manager, Automobility Business Division | |
| | Hirokazu Higashino | General Manager, Materials, Supplies & Real Estate Division | |

II．Board Members (After the Ordinary General Meeting of Shareholders in June)：11 persons

|  | Name |
|---|---|
| Chairman | Kuniharu Nakamura |
| Representative Director | Masayuki Hyodo |
| Representative Director | Hideki Iwasawa |
| Representative Director | Masahiro Fujita |
| Representative Director | Koichi Takahata |
| Representative Director | Hideki Yamano |
| Outside Director | Yayoi Tanaka |
| Outside Director | Nobuyoshi Ehara |
| Outside Director | Koji Ishida |
| Outside Director | Kimie Iwata |
| Outside Director | Hisashi Yamazaki |

III．Audit & Supervisory Board Members (After the Ordinary General Meeting of Shareholders in June)
：5 persons

|  | Name |
|---|---|
| Senior Audit & Supervisory Board Member | Takuro Kawahara |
| Audit & Supervisory Board Member | Toshiaki Murai |
| Outside Audit & Supervisory Board Member | Haruo Kasama |
| Outside Audit & Supervisory Board Member | Toshio Nagai |
| Outside Audit & Supervisory Board Member | Yoshitaka Kato |

February 22, 2008
Sumitomo Corporation

To whom it may concern,

Re : Personnel Changes in Board Members, Executive Officers and Corporate Officers

The personnel changes in Board Members, Executive Officers, Corporate Officers and the others from this April, and the personnel changes to be proposed at the Ordinary General Meeting of Shareholders scheduled for this coming June, have been resolved, at the ordinary meeting of the Board of Directors held today, as attached.

### I. The personnel changes in Board Members and Executive Officers
1 ) Retirement from Executive Officers (As of March 31)  ：  5 persons
2 ) Newly Appointed Executive Officers (As of April 1)  ：  3 persons
3 ) Reappointment of Executive Officers(As of April 1)  ：  33 persons
4 ) Promotion in Executive Officers (As of April 1)  ：  5 persons
5 ) The Other Personnel Changes of Executive Officers (As of April 1)
6 ) Newly Appointed Directors ( Proposed at the Ordinary General Meeting of Shareholders in June)  : 3 persons
7 ) Retirement from Directors ( After the Ordinary General Meeting of Shareholders in June)  ：  3 persons
8 ) Reappointment of Directors (Proposed at the Ordinary General Meeting of Shareholders in June)  ：  9 persons

### II. The personnel changes in Corporate Officers
1 ) Newly Appointed Corporate Officers (As of April 1)  ：  13 persons
2 ) The Other Personnel Changes of Corporate Officers (As of April 1)

### III. The personnel changes of the employees along with the above personnel changes in Board Members, Executive Officers and Corporate Officers (As of April 1)

### IV. Organizational Change(As of April 1)

Reference materials :
 I. Executive Officers(As of April 1)  ：  36 persons
 II. Board Members(After the Ordinary General Meeting of Shareholders in June) :  12 persons

(Contact : Mitsuru Iba, General Manager,
Corporate Communications Department,03-5166-3089)

1

**Ⅰ. The personnel changes in Board Members and Executive Officers**

1) Retirement from Executive Officers (As of March 31)

| Name | As of April 1 | Current |
|---|---|---|
| Kenzo Okubo | Representative Director, Assistant to President and CEO | Representative Director, Executive Vice President, General Manager, Metal Products Business Unit |
| Shingo Yoshii | Representative Director, Assistant to President and CEO | Representative Director, Managing Executive Officer, General Manager, Media, Network & Lifestyle Retail Business Unit |
| Yoshihiko Shimazu | Adviser, General Manager for CIS, Assistant General Manager for Europe, General Manager, Moscow Office | Managing Executive Officer, General Manager for CIS, Assistant General Manager for Europe, General Manager, Moscow Office |
| Yoshiyuki Matsuoka | Representative Director, Assistant to President and CEO | Representative Director, Executive Officer, General Manager, Chemical & Electronics Business Unit |
| Mitsuhiko Yamada | Adviser, Assistant General Manager, Mineral Resources & Energy Business Unit | Executive Officer, General Manager, Mineral Resources Division No.1 |

2) Newly Appointed Executive Officers (As of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Hiroyuki Inohara | Executive Officer, Assistant General Manager, Financial Resources Management Group, General Manager, Finance Dept. | Corporate Officer, Assistant General Manager, Financial Resources Management Group, Sumitomo Mitsui Finance And Leasing Company, Limited |
| Masaru Nakamura | Executive Officer, General Manager, Tubular Products Division | Corporate Officer, General Manager, Tubular Products Division |
| Kohei Hirao | Executive Officer, General Manager, Power & Social Infrastructure Business Division | Corporate Officer, General Manager, Power & Social Infrastructure Business Division |

3) Reappointment of Executive Officers (As of April 1)

All Executive Officers, except for the 5 persons who will retire from Executive Officers on March 31, will be reappointed Executive Officers.

2

4) Promotion in Executive Officers (As of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Shunichi Arai | Senior Managing Executive Officer, General Manager, Metal Products Business Unit | Managing Executive Officer, Assistant General Manager, Metal Products Business Unit, General Manager, Planning & Administration Dept., Metal Products Business Unit |
| Nobuo Kitagawa | Senior Managing Executive Officer, General Manager for China, CEO of Sumitomo Corporation China Group, General Manager, Beijing Office, President of Sumitomo Corporation (China) Holding Ltd., President of Sumitomo Corporation (China) Limited | Managing Executive Officer, General Manager for China, CEO of Sumitomo Corporation China Group, General Manager, Beijing Office, President of Sumitomo Corporation (China) Holding Ltd., President of Sumitomo Corporation (China) Limited |
| Shinichi Sasaki | Managing Executive Officer, General Manager for Europe, CEO of Sumitomo Corporation Europe Group, Director & President of Sumitomo Corporation Europe Holding Limited, Chairman, Director & President of Sumitomo Corporation Europe Limited | Executive Officer, Deputy General Manager for China, General Manager, Sumitomo Corporation China Group CEO Office, General Manager, China Metal Products Business Unit, in Sumitomo Corporation China Group, President of Sumitomo Corporation (Shanghai) Limited |
| Takuro Kawahara | Managing Executive Officer, General Manager, Human Resources, General Affairs & Legal Group | Executive Officer, Responsible for Internal Auditing Dept., Assistant General Manager, Corporate Planning & Coordination Office <in charge of Legal Affairs > |
| Yoshio Osawa | Managing Executive Officer, General Manager, Media, Network & Lifestyle Retail Business Unit | Executive Officer, General Manager, Media Division |

5) The Other Personnel Changes of Executive Officers (As of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Noriaki Shimazaki | Representative Director, Executive Vice President, Responsible for Human Resources, General Affairs & Legal Group, Responsible for Financial Resources Management Group | Representative Director, Executive Vice President, Responsible for Human Resources Development & Information Management Group, Responsible for Financial Resources Management Group |

| Name | As of April 1 | Current |
|------|---------------|---------|
| Nobuhide Nakaido | Representative Director, Executive Vice President, Responsible for Corporate Planning & Coordination Group (※) | Representative Director, Executive Vice President, General Manager, Corporate Planning & Coordination Office |
| Shuichi Mori | Senior Managing Executive Officer, General Manager, Chemical & Electronics Business Unit | Senior Managing Executive Officer, General Manager for Europe, CEO of Sumitomo Corporation Europe Group, Director & President of Sumitomo Corporation Europe Holding Limited, Chairman, Director & President of Sumitomo Corporation Europe Limited |
| Ichiro Miura | Managing Executive Officer, Responsible for Internal Auditing Dept., Senior Assistant to Executive Vice President, Responsible for Corporate Planning & Coordination Group | Managing Executive Officer, General Manager, Human Resources Development & Information Management Group |
| Kuniharu Nakamura | Managing Executive Officer, General Manager, Corporate Planning & Coordination Group | Managing Executive Officer, General Manager, Corporate Planning & Coordination Dept. |
| Kazuhiro Takeuchi | Executive Officer, General Manager, Corporate Planning & Coordination Dept. | Executive Officer, General Manager, Financial Service Division |
| Makoto Nakamura | Executive Officer, General Manager, Planning & Administration Dept., Media, Network & Lifestyle Retail Business Unit | Executive Officer, Assistant General Manager, Financial Resources Management Group, General Manager, Finance Dept. |

(※) Corporate Planning & Coordination Group includes, Corporate Planning & Coordination Dept., Secretarial Dept., Investor Relations Dept., Corporate Communications Dept., Environment & CSR Dept.(current:Global Environment Dept.), Global Strategy & Research Dept. and Information Technologies Planning & Promotion Dept.

6）Newly Appointed Directors (Proposed at the Ordinary General Meeting of Shareholders in June)

| Name | New | As of April 1 |
|------|-----|---------------|
| Shuichi Mori | Representative Director, Senior Managing Executive Officer, General Manager, Chemical & Electronics Business Unit | Senior Managing Executive Officer, General Manager, Chemical & Electronics Business Unit |
| Shunichi Arai | Representative Director, Senior Managing Executive Officer, General Manager, Metal Products Business Unit | Senior Managing Executive Officer, General Manager, Metal Products Business Unit |

4

| Name | New | As of April 1 |
|---|---|---|
| Yoshio Osawa | Representative Director, Managing Executive Officer, General Manager, Media, Network & Lifestyle Retail Business Unit | Managing Executive Officer, General Manager, Media, Network & Lifestyle Retail Business Unit |

7 ) Retirement from Directors (after the Ordinary General Meeting of Shareholders in June)

| Name | New | As of April 1 |
|---|---|---|
| Kenzo Okubo | Special Adviser | Representative Director, Assistant to President and CEO |
| Shingo Yoshii | Adviser | Representative Director, Assistant to President and CEO |
| Yoshiyuki Matsuoka | Adviser | Representative Director, Assistant to President and CEO |

8 ) Reappointment of Directors ( Proposed at the Ordinary General Meeting of Shareholders in June)

All Directors, except for the 3 persons who will retire from Director, will be proposed to be appointed as Representative Directors.

## II. The personnel changes in Corporate Officers

1 ) Newly Appointed Corporate Officers (As of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Ryo Ogawa | Corporate Officer, Assistant to General Manager, Mineral Resources Division No.1, Chairman of Nusa Tenggara Mining Corporation, P.T. Newmont Nusa Tenggara | Assistant to General Manager, Mineral Resources Project Dept. Chairman of Nusa Tenggara Mining Corporation, P.T. Newmont Nusa Tenggara |
| Kensaku Kato | Corporate Officer, President of Sumitomo Corporation de Mexico S.A. de C.V., General Manager, Monterrey Office, Assistant General Manager for the Americas | President of Sumitomo Corporation de Mexico S.A. de C.V., General Manager, Monterrey Office, Assistant General Manager for the Americas |

5

| Name | As of April 1 | Current |
|---|---|---|
| Mikio Yamauchi | Corporate Officer, Assistant General Manager for China, General Manager, China Infrastructure & Transportation Systems Business Unit in Sumitomo Corporation China Group, President of Sumitomo Corporation (Hong Kong) Limited | General Manager, China Infrastructure & Transportation Systems Business Unit in Sumitomo Corporation China Group, President of Sumitomo Corporation (Hong Kong) Limited |
| Yoshiharu Takano | Corporate Officer, General Manager, Internal Auditing Dept. | General Manager, Risk Analysis & Assessment Dept. |
| Takehiko Arai | Corporate Officer, Assistant to General Manager, Telecommunication, Environment & Industrial Infrastructure Business Division, President of Sumitomo Shoji Machinex Co., Ltd. | Assistant to General Manager, Industrial Infrastructure Business Dept. President of Sumitomo Shoji Machinex Co., Ltd. |
| Manabu Yamane | Corporate Officer, General Manager, Basic Chemicals Division | Deputy General Manager, Basic & Performance Chemicals Division, General Manager, Industrial Performance Materials Dept. |
| Hisakazu Suzuki | Corporate Officer, General Manager, Corporate Legal & General Affairs Dept. | General Manager, Corporate Legal & General Affairs Dept. |
| Kimio Fukushima | Corporate Officer, Assistant General Manager for China, General Manager, Sumitomo Corporation China Group CEO Office, President of Sumitomo Corporation (Shanghai) Limited | President of Sumitomo Corporation Thailand Ltd., President of Sumi-Thai International Limited |
| Yoshifumi Yamawaki | Corporate Officer, President of Sumitomo Corporation Korea Ltd. | General Manager, Plate & Project Dept., Sumisho Tekko Hanbai Co., Ltd. |
| Tsuneaki Maeda | Corporate Officer, Deputy General Manager, Iron & Steel Division, No.2 General Manager, Steel Sheet & Strip Dept., Sumisho Steel Corporation | General Manager, Steel Sheet & Strip Dept., Sumisho Steel Corporation |
| Masao Tabuchi | Corporate Officer, Deputy General Manager, Ship, Aerospace & Transportation Systems Division | General Manager, Transportation Project & Equipment Dept. |

6

| Name | As of April 1 | Current |
|---|---|---|
| Hirohiko Imura | Corporate Officer, General Manager, Planning & Administration Dept., Infrastructure Business Unit | General Manager, Risk Management Group in Sumitomo Corporation of America, Assistant to General Manager for the Americas |
| Kiyoshi Sunobe | Corporate Officer, General Manager, Planning & Administration Dept., Financial & Logistics Business Unit | General Manager, Planning & Administration Dept., Financial & Logistics Business Unit |

2) The Other Personnel Changes in Corporate Officers (as of April 1)

| Name | As of April 1 | Current |
|---|---|---|
| Yoshito Horiuchi | Corporate Officer, Assistant to General Manager, Chemical & Electronics Business Unit | Corporate Officer, General Manager, Basic & Performance Chemicals Division |
| Kazuyuki Inoue | Corporate Officer, General Manager, Electronics Business Division | Corporate Officer, General Manager, Electronics Division |
| Masao Tetsuya | Corporate Officer, General Manager, Logistics & Insurance Business Division | Corporate Officer, Assistant General Manager for Southeast & Southwest Asia, President of Sumitomo Corporation (Singapore) Pte. Ltd. |
| Jiro Miyata | Corporate Officer, Deputy General Manager, Mineral Resources Division No.1 | <As of March 1> Corporate Officer, General Manager for South America, President of Sumitomo Corporation do Brasil S.A., General Manager, Porto Alegre Office, General Manager, Recife Office, President of Sumitomo Corporation del Peru S.A., President of Sumitomo Corporation Argentina S.A. |
| Masatoshi Hayashi | Corporate Officer, General Manager, Media Division | Corporate Officer, General Manager, Planning & Administration Dept., Media, Network & Lifestyle Retail Business Unit |

7

| Name | As of April 1 | Current |
|---|---|---|
| Shinya Matsuzawa | Corporate Officer, Assistant General Manager for Southeast & Southwest Asia, President of Sumitomo Corporation (Singapore) Pte. Ltd. | Corporate Officer, Assistant to General Manager, Chemical & Electronics Business Unit, Sumitomo Shoji Chemicals Co., Ltd. |
| Akira Takeuchi | Corporate Officer, General Manager, Mineral Resources Division No.1 | Corporate Officer, Deputy General Manager, Mineral Resources Division No.1 |
| Hideki Iwasawa | Corporate Officer, Assistant General Manager, Financial Resources Management Group, General Manager, Corporate Risk Management Dept. | Corporate Officer, General Manager, Corporate Risk Management Dept. |
| Tetsuo Oshima | Corporate Officer, Assistant to General Manager, Logistics & Insurance Business Division, Sumisho Global Logistics Co., Ltd. | Corporate Officer, General Manager, Logistics & Insurance Business Division |
| Masahiro Nakanishi | Corporate Officer, General Manager, Iron & Steel Division, No.3, Sumisho Steel Corporation | Corporate Officer, Deputy General Manager, Metal Products for Automotive Industries Division, General Manager, Metal Products for Automotive Industries Business Planning Dept., Sumisho Steel Corporation |
| Masao Sekiuchi | Corporate Officer, General Manager, Planning & Administration Dept., Metal Products Business Unit | Corporate Officer, Deputy General Manager, Iron & Steel Division, No.3, General Manager, Stainless Steel Products Dept., Sumisho Steel Corporation |
| Masato Sugimori | Corporate Officer, General Manager, Risk Management Group in Sumitomo Corporation of America, Assistant General Manager for the Americas | Corporate Officer, General Manager, Planning & Administration Dept., Infrastructure Business Unit |
| Hiroyuki Takai | Corporate Officer, General Manager, Financial Service Division | Corporate Officer, Deputy General Manager, Financial Service Division, General Manager, Asset Management Dept. |

8

**III.  The personnel changes of the employees along with the above personnel changes in Board Members, Executive Officers , and Corporate Officers (As of April 1)**

| Name | As of April 1 | Current |
|---|---|---|
| Ryoji Nagao | NIL | President of Sumitomo Corporation Korea Ltd. |
| Hiroshi Funazaki | Assistant to General Manager, Lifestyle & Retail Business Division, Sumitex International Company Limited | General Manager, Internal Auditing Dept. |
| Hiroshi Fukukita | Assistant to General Manager, Iron & Steel Division,No.3, Ishihara Kohtetsu Co.,Ltd. | General Manager, Iron & Steel Division,No.3, Sumisho Steel Corporation |
| Takeshi Saraoka | General Manager, Risk Analysis & Assessment Dept. | Assistant to General Manager, Corporate Risk Management Dept. |
| Hajime Fukui | General Manager, Plate & Project Dept., Sumisho Tekko Hanbai Co., Ltd. | Assistant to General Manager, Railway Products, Forging & Casting Dept., Huizhou Sumikin Forging Co., Ltd. |
| Noboru Saka | General Manager, International Steel Sheet & Slab Business Dept., General Manager, Electrical Steel Sheet & Tin Mill Products Dept., Sumisho Steel Corporation | General Manager, International Steel Sheet & Slab Business Dept. |
| Fumihiko Tairaku | General Manager, Stainless Steel Products Dept., Sumisho Steel Corporation | Assistant to General Manager, Construction Steel Products Dept., Tokyo, Sumisho Tekko Hanbai Co., Ltd. |
| Shigenobu Yoshida | General Manager, Line Pipe Business Dept. | Assistant to General Manager, Tubular Products Division |
| Kiyotaka Kawasaki | General Manager, Steel Sheet Products for Automotive Industries Dept., Sumisho Steel Corporation | General Manager, Electrical Steel Sheet & Tin Mill Products Dept. |
| Makoto Horie | General Manager, Metal Products for Automotive Industries Business Planning Dept., Sumisho Steel Corporation | Assistant General Manager, Metal Products for Automotive Industries Division, Deputy General Manager, Metal Products for Automotive Industries Business Planning Dept., Sumisho Steel Corporation |
| Katsuji Nakagawa | General Manager, Transportation Project & Equipment Dept. | Assistant to General Manager, Transportation Project & Equipment Dept. |

9

| Name | As of April 1 | Current |
|---|---|---|
| Rei Ito | General Manager, Industrial Performance Materials Dept. | China Chemical & Electronics Business Unit in Sumitomo Corporation China Group, President of Sumitomo Corporation (Guangzhou) Ltd., General Manager, Chengdu Office |
| Manabu Kido | General Manager, Asset Management Dept. | Deputy General Manager, Commodity Business Dept. |
| Yoshihiro Koda | General Manager, China Metal Products Business Unit in Sumitomo Corporation China Group, Sumitomo Corporation (Shanghai) Limited. | General Manager, Steel Sheet Products & Non-Ferrous Products for Automotive Industries Dept., Sumisho Steel Corporation |
| Yasukiyo Matsuzawa | China Chemical & Electronics Business Unit in Sumitomo Corporation China Group, President of Sumitomo Corporation (Guangzhou) Ltd., General Manager, Chengdu Office | Assistant to General Manager, Basic & Performance Chemicals Division |
| Tomohisa Ito | General Manager for South America, President of Sumitomo Corporation do Brasil S.A., General Manager, Porto Alegre Office, General Manager, Recife Office, President of Sumitomo Corporation del Peru S.A., President of Sumitomo Corporation Argentina S.A. | General Manager, Line Pipe Business Dept. |

## IV. Organizational Change (As of April 1)



(Current)

**Corporate Group**

Corporate Planning & Coordination Office

Corporate Planning & Coordination Dept.

Legal Dept.

Secretarial Dept.

Investor Relations Dept.

Corporate Communications Dept.

Global Environment Dept.

Human Resources Development & Information Management Group

Human Resources Dept.

Corporate Legal & General Affairs Dept.

Global Strategy & Research Dept.

Information Technologies Planning & Promotion Dept.

Metal Products Business Unit

Metal Products for Automotive Industries Division

Steel Sheet Products & Non-Ferrous Products for Automotive Industries Dept.

Chemical & Electronics Business Unit

Basic & Performance Chemicals Division

Electronics Division

(As of April 1)

**Corporate Group**

Corporate Planning & Coordination Group

Corporate Planning & Coordination Dept.

Secretarial Dept.

Investor Relations Dept.

Corporate Communications Dept.

Environment & CSR Dept.

Global Strategy & Research Dept.

Information Technologies Planning & Promotion Dept.

Human Resources, General Affairs & Legal Group

Human Resources Dept.

Corporate Legal & General Affairs Dept.

Legal Dept.

Metal Products Business Unit

Metal Products for Automotive Industries Division

Steel Sheet Products for Automotive Industries Dept.

Chemical & Electronics Business Unit

Basic Chemicals Division

Electronics Business Division

11

＜Reference materials＞
　I．Executive Officers (As of April 1)

         ＜○ : Representative Director＞
         ＜● : Proposed to be appointed as a Representative Director
            at the Ordinary General Meeting of Shareholders scheduled
            for this coming June＞

| Position | Name | | |
|---|---|---|---|
| President and CEO | Susumu Kato | | ○ |
| Executive Vice President | Noriaki Shimazaki | Responsible for Human Resources, General Affairs & Legal Group, Responsible for Financial Resources Management Group | ○ |
| | Nobuhide Nakaido | Responsible for Corporate Planning & Coordination Group | ○ |
| Senior Managing Executive Officer | Michio Ogimura | General Manager for Southeast & Southwest Asia | |
| | Michihisa Shinagawa | General Manager for the Americas, Director & President of Sumitomo Corporation of America | |
| | Iwao Okamoto | General Manager, Mineral Resources & Energy Business Unit | ○ |
| | Makoto Shibahara | General Manager, Financial & Logistics Business Unit | ○ |
| | Shuichi Mori | General Manager, Chemical & Electronics Business Unit | ● |
| | Kazuo Ohmori | General Manager, Transportation & Construction Systems Business Unit | ○ |
| | Shunichi Arai | General Manager, Metal Products Business Unit | ● |

| Position | Name | | |
|---|---|---|---|
| Senior Managing Executive Officer | Nobuo Kitagawa | General Manager for China, CEO of Sumitomo Corporation China Group, General Manager, Beijing Office, President of Sumitomo Corporation (China) Holding Ltd., President of Sumitomo Corporation (China) Limited. | |
| Managing Executive Officer | Yoshi Morimoto | General Manager, Kansai Regional Business Unit | |
| | Kentaro Ishimoto | Assistant General Manager, General Products & Real Estate Business Unit, General Manager, Food Business Division | |
| | Kenji Kajiwara | General Manager, Chubu Regional Business Unit | |
| | Makoto Sato | Assistant General Manager, Transportation & Construction Systems Business Unit, General Manager, Automotive Division No.1 | |
| | Toyosaku Hamada | General Manager, Financial Resources Management Group | |
| | Takahiro Moriyama | General Manager, Infrastructure Business Unit | ○ |
| | Ichiro Miura | Responsible for Internal Auditing Dept., Senior Assistant to Executive Vice President, Responsible for Corporate Planning & Coordination Group | |
| | Takashi Kano | General Manager, General Products & Real Estate Business Unit | ○ |
| | Kuniharu Nakamura | General Manager, Corporate Planning & Coordination Group | |

13

| Position | Name | | |
|---|---|---|---|
| Managing Executive Officer | Shinichi Sasaki | General Manager for Europe, CEO of Sumitomo Corporation Europe Group, Director & President of Sumitomo Corporation Europe Holding Limited, Chairman, Director & President of Sumitomo Corporation Europe Limited | |
| | Takuro Kawahara | General Manager, Human Resources, General Affairs & Legal Group | |
| | Yoshio Osawa | General Manager, Media, Network & Lifestyle Retail Business Unit | ● |
| Executive Officer | Kazuhisa Togashi | General Manager, Iron & Steel Division,No.2, President of Sumisho Steel Corporation | |
| | Kazuhiro Takeuchi | General Manager, Corporate Planning & Coordination Dept. | |
| | Shinichi Ishida | General Manager, Construction & Mining Systems Division | |
| | Takafumi Sone | General Manager, Telecommunication, Environment & Industrial Infrastructure Business Division | |
| | Makoto Nakamura | General Manager, Planning & Administration Dept., Media, Network & Lifestyle Retail Business Unit | |
| | Naoki Hidaka | General Manager, Metal Products for Automotive Industries Division, Sumisho Steel Corporation | |
| | Shigeru Ohashi | General Manager, Lifestyle & Retail Business Division | |

14

| Position | Name | | |
|---|---|---|---|
| Executive Officer | Yasuo Kumagai | General Manager, Materials & Supplies Division | |
| | Masayuki Doi | Assistant General Manager for Southeast & Southwest Asia, President of PT. Sumitomo Indonesia, General Manager, Surabaya Office, Executive Supervisor, Jakarta Project Coordination Office | |
| | Toru Furihata | General Manager, Mineral Resources Division No.2 | |
| | Hiroyuki Inohara | Assistant General Manager, Financial Resources Management Group, General Manager, Finance Dept. | |
| | Masaru Nakamura | General Manager, Tubular Products Division | |
| | Kohei Hirao | General Manager, Power & Social Infrastructure Business Division | |

Ⅱ．Board Members(After the Ordinary General Meeting of Shareholders in June)

| | Name |
|---|---|
| Representative Director, Chairman of the Board of Directors | Motoyuki Oka |
| Representative Director, President & CEO | Susumu Kato |
| Representative Director, Executive Vice President | Noriaki Shimazaki |
| Representative Director, Executive Vice President | Nobuhide Nakaido |
| Representative Director, Senior Managing Executive Officer | Iwao Okamoto |
| Representative Director, Senior Managing Executive Officer | Makoto Shibahara |
| Representative Director, Senior Managing Executive Officer | Shuichi Mori |
| Representative Director, Senior Managing Executive Officer | Kazuo Ohmori |
| Representative Director, Senior Managing Executive Officer | Shunichi Arai |

|  | Name |
|---|---|
| Representative Director, Managing Executive Officer | Takahiro Moriyama |
| Representative Director, Managing Executive Officer | Takashi Kano |
| Representative Director, Managing Executive Officer | Yoshio Osawa |

Exhibit 2

**From:** Matt Clark
**Sent:** Friday, April 5, 2019 8:00 AM
**To:** Chang Lee <CLee@pacificsummitenergy.com>
**Cc:** Ricco Washington <RWashington@pacificsummitenergy.com>
**Subject:** FW: Re: Ricco's bonus calculation

Chang,

Can we do an updated bonus sheet like we do for everyone with Ricco's new numbers and send it to him. Please copy me as well and TY!!

Matt

**Matthew M. Clark**
*President*
*Pacific Summit Energy LLC*
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380
Office: 281-681-7838 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, March 29, 2019 3:57 PM
**To:** Management
**Cc:** Tomoe Iwatera
**Subject:** RE: Re: Ricco's bonus calculation

Including Tomoe in the email.

**From:** Chang Lee
**Sent:** Friday, March 29, 2019 1:54 PM
**To:** Management <Management@pacificsummitenergy.com>
**Subject:** Re: Ricco's bonus calculation
**Importance:** High

2

Sr. Management,

I spoke with Ricco on his bonus calculation and found out that we need to revise the bonus calculation.
When I calculated Ricco's team bonus, I prorated his salary (50%) then multiplied by 75%. However, I've used full year west budget to calculate his factor.
If we are prorating his salary, we should also prorate the budget.  If we were to use full budget, we should also use the full salary X 75%.
Also Ricco was also agreed that Permian half year production is fair if we do half year prorated budget.

**West half / Perm full**

| | | PL | | Cash Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | | YTD | |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | | $ | (5,025,702) |
| | | | | | Lume Options | | $ | 11,503,100 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | | $ | 65,359,562 |
| BG Shared book full year | $ | 35,645,110 | | | Fin Book-SK | | $ | (546,741) |
| Total West | $ | 33,587,350 | $ | 708,483 | Total | | $ | 71,290,219 |
| | | | | | 50% BG | | $ | 35,645,110 |

Revised

**West half / Perm half**

| | | PL | | Cash Bonus | | | |
|---|---|---|---|---|---|---|---|
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | | 2nd Half |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | | ($2,393,251) |
| | | | | | Lume Options | | $10,852,814 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | | $58,673,889 |
| BG Shared book full year | $ | 33,293,356 | | | Fin Book-SK | | ($546,741) |
| Total West | $ | 31,235,596 | $ | 1,317,752 | Total | $ | 66,586,711 |
| | | | | | 50% BG | $ | 33,293,356 |

Cash Bonus difference $ 609,269

3

**Ricco Washington**

| | |
|---|---|
| **From:** | Chang Lee |
| **Sent:** | Friday, March 29, 2019 1:46 PM |
| **To:** | Ricco Washington |
| **Subject:** | RE: West Production |
| **Attachments:** | PSE - MTD as of 9/28/2018; PSE - MTD as of 3/15/2019; PSE - Internal PL as of 9/28/2018; FY18 WEST.xlsx |

Ricco,

I was told that your West team production has to be calculated 2nd half of the year.
However, you take the whole year performance on Permian performance from Bart.

Please review the spread sheet and let me know.

Thanks,
Chang

1

**Ricco Washington**

| From: | Chang Lee |
|---|---|
| Sent: | Friday, March 29, 2019 3:45 PM |
| To: | Ricco Washington; Matt Clark |
| Subject: | Re: Revised calculation |

Ricco,

Your salary was prorated (50%) for full Permian and half year west production.

**West half / Perm full**

|  | PL | Cash Bonus |  |  |
|---|---|---|---|---|
| FY 17 Carryforward | $ 145,537.48 | $ 4,851 | BG shared book | YTD |
| RW's Prodcution | $ 1,145,215.00 | $ 38,174 | Lume Shape | $ (5,025,702.00) |
|  |  |  | Lume Options | $ 11,503,100.00 |
| West 2nd Half | $ (2,057,760.00) |  | Mgmt ISO1 | $ 65,359,562.00 |
| BG Shared book full year | $ 35,645,109.50 |  | Fin Book-SK | $ (546,741.00) |
| Total West | $ 33,587,349.50 | $ 708,483 | Total | $ 71,290,219.00 |
|  |  |  | 50% BG | $ 35,645,109.50 |

If we do half year salary prorated(50%) and half Permian and half year west production by half year budget.

**West half / Perm half**

|  | PL |  |  |  |
|---|---|---|---|---|
| FY 17 Carryforward | $ 145,537.48 | $ 4,851 | BG shared book | 2nd Half |
| RW's Prodcution | $ 1,145,215.00 | $ 38,174 | Lume Shape | ($2,793,251) |
|  |  |  | Lume Options | $10,852,814 |
| West 2nd Half | $ (2,057,760.00) |  | Mgmt ISO1 | $58,673,889 |
| BG Shared book full year | $ 33,293,355.50 |  | Fin Book-SK | ($546,741) |
| Total West | $ 31,235,595.50 | $ 1,317,752 | Total | $ 66,586,711.00 |
|  |  |  | 50% BG | $ 33,293,355.50 |

1

**Ricco Washington**

| | |
|---|---|
| **From:** | Matt Clark |
| **Sent:** | Friday, April 05, 2019 10:00 AM |
| **To:** | Chang Lee |
| **Cc:** | Ricco Washington |
| **Subject:** | FW: Re: Ricco's bonus calculation |
| **Attachments:** | FY18 WEST.xlsx |

Chang,

Can we do an updated bonus sheet like we do for everyone with Ricco's new numbers and send it to him.  Please copy me as well and TY!!

Matt

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380
Office: 281-681-7838 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, March 29, 2019 3:57 PM
**To:** Management
**Cc:** Tomoe Iwatera
**Subject:** RE: Re: Ricco's bonus calculation

Including Tomoe in the email.

**From:** Chang Lee
**Sent:** Friday, March 29, 2019 1:54 PM
**To:** Management <Management@pacificsummitenergy.com>

1

**Subject:** Re: Ricco's bonus calculation
**Importance:** High

Sr. Management,

I spoke with Ricco on his bonus calculation and found out that we need to revise the bonus calculation.
When I calculated Ricco's team bonus, I prorated his salary (50%) then multiplied by 75%. However, I've used full year west budget to calculate his factor.
If we are prorating his salary, we should also prorate the budget. If we were to use full budget, we should also use the full salary X 75%.
Also Ricco was also agreed that Permian half year production is fair if we do half year prorated budget.

2

| West half / Perm full | | | | | | |
|---|---|---|---|---|---|---|
| | | PL | | Cash Bonus | | |
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | YTD |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | $ (5,025,702) |
| | | | | | Lume Options | $ 11,503,100 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | $ 65,359,562 |
| BG Shared book full year | $ | 35,645,110 | | | Fin Book-SK | $ (546,741) |
| Total West | $ | 33,587,350 | $ | 708,483 | Total | $ 71,290,219 |
| | | | | | 50% BG | $ 35,645,110 |

Revised

| West half / Perm half | | | | | | |
|---|---|---|---|---|---|---|
| | | PL | | Cash Bonus | | |
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | 2nd Half |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | ($2,393,251) |
| | | | | | Lume Options | $10,852,814 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | $58,673,889 |
| BG Shared book full year | $ | 33,293,356 | | | Fin Book-SK | ($546,741) |
| Total West | $ | 31,235,596 | $ | 1,317,752 | Total | $ 66,586,711 |
| | | | | | 50% BG | $ 33,293,356 |

Cash Bonus difference  $  609,269

3

## Ricco Washington

|                     |    | YTD       |                 |              |
|---------------------|----|-----------|-----------------|--------------|
|                     |    |           | Current Salary  | $ 225,000    |
| East Orig RW        | $  | -         | FY 19  Proposed |              |
| West Orig RW        | $  | 1,145,215 | FY 18 Budget    | $ 1,687,500  |
|                     |    |           |                 |              |
|                     |    |           | Factor          | 0.7649       |

| FY 17 Carry Forward | $  | 145,537     |             |             |
|---------------------|----|-------------|-------------|-------------|
| Total PL            | $  | 1,290,752   |             |             |
|                     |    |             |             |             |
| WEST 2nd Half       | $  | (2,057,760) | West Budget | $ 2,000,000 |
| Permian             | $  | 33,293,356  | Factor      | 15.6178     |
| WEST Total          | $  | 31,235,596  |             |             |

| Proposed Bonus         | ($225000*25%)*0.76489=$1360776.7 | $ | 43,025    |
|------------------------|----------------------------------|---|-----------|
| West Production Bonus  | ($225000*75%)*8.3968=$708,483    | $ | 1,317,752 |

|              | **Net Cash Award** | **$ 1,360,777** |
|--------------|--------------------|-----------------|

**Ricco Washington**

| | |
|---|---|
| From: | Chang Lee |
| Sent: | Friday, April 05, 2019 10:53 AM |
| To: | Matt Clark |
| Cc: | Ricco Washington |
| Subject: | RE: Re: Ricco's bonus calculation |
| Attachments: | RW FY18.xlsx |

Attached per your request.

**From:** Matt Clark
**Sent:** Friday, April 5, 2019 8:00 AM
**To:** Chang Lee <CLee@pacificsummitenergy.com>
**Cc:** Ricco Washington <RWashington@pacificsummitenergy.com>
**Subject:** FW: Re: Ricco's bonus calculation

Chang,

Can we do an updated bonus sheet like we do for everyone with Ricco's new numbers and send it to him.  Please copy me as well and TY!!

Matt

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380
Office: 281-681-7838 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, March 29, 2019 3:57 PM
**To:** Management

1

**Cc:** Tomoe Iwatera
**Subject:** RE: Re: Ricco's bonus calculation

Including Tomoe in the email.

**From:** Chang Lee
**Sent:** Friday, March 29, 2019 1:54 PM
**To:** Management <Management@pacificsummitenergy.com>
**Subject:** Re: Ricco's bonus calculation
**Importance:** High

Sr. Management,

I spoke with Ricco on his bonus calculation and found out that we need to revise the bonus calculation.
When I calculated Ricco's team bonus, I prorated his salary (50%) then multiplied by 75%. However, I've used full year west budget to calculate his factor.
If we are prorating his salary, we should also prorate the budget.  If we were to use full budget, we should also use the full salary X 75%.
Also Ricco was also agreed that Permian half year production is fair if we do half year prorated budget.

2

**West half / Perm full**

|  | PL | Cash Bonus |  |  |  |
|---|---|---|---|---|---|
| FY 17 Carryforward | $ 145,537 | $ 4,851 | BG shared book | YTD |  |
| RW's Prodcution | $ 1,145,215 | $ 38,174 | Lume Shape | $ | (5,025,702) |
|  |  |  | Lume Options | $ | 11,503,100 |
| West 2nd Half | $ (2,057,760) |  | Mgmt ISO1 | $ | 65,359,562 |
| BG Shared book full year | $ 35,645,110 |  | Fin Book-SK | $ | (546,741) |
| Total West | $ 33,587,350 | $ 708,483 | Total | $ | 71,290,219 |
|  |  |  | 50% BG | $ | 35,645,110 |

Revised

**West half / Perm half**

|  | PL | Cash Bonus |  |  |  |
|---|---|---|---|---|---|
| FY 17 Carryforward | $ 145,537 | $ 4,851 | BG shared book | 2nd Half |  |
| RW's Prodcution | $ 1,145,215 | $ 38,174 | Lume Shape |  | ($2,393,251) |
|  |  |  | Lume Options |  | $10,852,814 |
| West 2nd Half | $ (2,057,760) |  | Mgmt ISO1 |  | $58,673,889 |
| BG Shared book full year | $ 33,293,356 |  | Fin Book-SK |  | ($546,741) |
| Total West | $ 31,235,596 | $ 1,317,752 | Total | $ | 66,586,711 |
|  |  |  | 50% BG | $ | 33,293,356 |

Cash Bonus difference   $   609,269

3

| Name | Hire Date | Current Title | Company Token $ | Token % | Target Bonus/Commission | Pool |
|------|-----------|---------------|-----------------|---------|-------------------------|------|
| Ricco Washington | 5/7/07 | VP of West Desk | $ 79,000 | 35.11% | $ 1,360,777 | |

| Total Bonus Payout | Salary Increase $ FY18 to FY19 | New Salary FY19 | Revised Salary increase % |
|---|---|---|---|
| $ 1,439,777 | $ - | $ 225,000 | 0.00% |

**Ricco Washington**

| | |
|---|---|
| From: | Matt Clark |
| Sent: | Friday, April 05, 2019 12:22 PM |
| To: | Chang Lee |
| Cc: | Ricco Washington |
| Subject: | RE: Re: Ricco's bonus calculation |

Got it!!!  Ricco, you see?

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380
Office: 281-681-7838 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, April 05, 2019 12:14 PM
**To:** Matt Clark
**Cc:** Ricco Washington
**Subject:** RE: Re: Ricco's bonus calculation

It's added in there in the second tab. First tab is just for production bonus calculation.

**From:** Matt Clark
**Sent:** Friday, April 5, 2019 10:13 AM
**To:** Chang Lee <CLee@pacificsummitenergy.com>
**Cc:** Ricco Washington <RWashington@pacificsummitenergy.com>
**Subject:** RE: Re: Ricco's bonus calculation

Add the 79k token money please.

1

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380
●ffice: 281 681-7838 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, April 05, 2019 10:53 AM
**To:** Matt Clark
**Cc:** Ricco Washington
**Subject:** RE: Re: Ricco's bonus calculation

Attached per your request.

**From:** Matt Clark
**Sent:** Friday, April 5, 2019 8:00 AM
**To:** Chang Lee <CLee@pacificsummitenergy.com>
**Cc:** Ricco Washington <RWashington@pacificsummitenergy.com>
**Subject:** FW: Re: Ricco's bonus calculation

Chang,

Can we do an updated bonus sheet like we do for everyone with Ricco's new numbers and send it to him.  Please copy me as well and TY!!

Matt

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380

2

Office: 281-681-7833 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, March 29, 2019 3:57 PM
**To:** Management
**Cc:** Tomoe Iwatera
**Subject:** RE: Re: Ricco's bonus calculation

Including Tomoe in the email.

**From:** Chang Lee
**Sent:** Friday, March 29, 2019 1:54 PM
**To:** Management <Management@pacificsummitenergy.com>
**Subject:** Re: Ricco's bonus calculation
**Importance:** High

Sr. Management,

I spoke with Ricco on his bonus calculation and found out that we need to revise the bonus calculation.
When I calculated Ricco's team bonus, I prorated his salary (50%) then multiplied by 75%. However, I've used full year west budget to calculate his factor.
If we are prorating his salary, we should also prorate the budget.  If we were to use full budget, we should also use the full salary X 75%.
Also Ricco was also agreed that Permian half year production is fair if we do half year prorated budget.

3

**West half / Perm full**

| | | PL | | Cash Bonus | | | | |
|---|---|---|---|---|---|---|---|---|
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | YTD | | |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | $ | (5,025,702) |
| | | | | | Lume Options | $ | 11,503,100 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | $ | 65,359,562 |
| BG Shared book full year | $ | 35,645,110 | | | Fin Book-SK | $ | (546,741) |
| Total West | $ | 33,587,350 | $ | 708,483 | Total | $ | 71,290,219 |
| | | | | | 50% BG | $ | 35,645,110 |

Revised

**West half / Perm half**

| | | PL | | Cash Bonus | | | |
|---|---|---|---|---|---|---|---|
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | 2nd Half | |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | ($2,393,251) | |
| | | | | | Lume Options | $10,852,814 | |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | $58,673,889 | |
| BG Shared book full year | $ | 33,293,356 | | | Fin Book-SK | ($546,741) | |
| Total West | $ | 31,235,596 | $ | 1,317,752 | Total | $ | 66,586,711 |
| | | | | | 50% BG | $ | 33,293,356 |

Cash Bonus difference    $    609,269

4

**Ricco Washington**

| | |
|---|---|
| From: | Chang Lee |
| Sent: | Friday, April 05, 2019 12:22 PM |
| To: | Matt Clark |
| Cc: | Ricco Washington |
| Subject: | RE: Re: Ricco's bonus calculation |
| Attachments: | RW FY18.xlsx |

Please use this version if you need all in one spread sheet.

**From:** Matt Clark
**Sent:** Friday, April 5, 2019 10:13 AM
**To:** Chang Lee <CLee@pacificsummitenergy.com>
**Cc:** Ricco Washington <RWashington@pacificsummitenergy.com>
**Subject:** RE: Re: Ricco's bonus calculation

Add the 79k token money please.

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, Tx 77380
Office: 281-681-7838 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, April 05, 2019 10:53 AM
**To:** Matt Clark
**Cc:** Ricco Washington
**Subject:** RE: Re: Ricco's bonus calculation

Attached per your request.

1

**From:** Matt Clark
**Sent:** Friday, April 5, 2019 8:00 AM
**To:** Chang Lee <CLee@pacificsummitenergy.com>
**Cc:** Ricco Washington <RWashington@pacificsummitenergy.com>
**Subject:** FW: Re: Ricco's bonus calculation

Chang,

Can we do an updated bonus sheet like we do for everyone with Ricco's new numbers and send it to him.  Please copy me as well and TY!!

Matt

**Matthew M. Clark**
*President*
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporations of Americas*
24 Waterway Avenue, Suite 725, The Woodlands, TX 77380
Office: 281-681-7835 Fax: 281-681-7860 Cell: 646-468-6572
www.pacificsummitenergy.com



**From:** Chang Lee
**Sent:** Friday, March 29, 2019 3:57 PM
**To:** Management
**Cc:** Tomoe Iwatera
**Subject:** RE: Re: Ricco's bonus calculation

Including Tomoe in the email.

**From:** Chang Lee
**Sent:** Friday, March 29, 2019 1:54 PM
**To:** Management <Management@pacificsummitenergy.com>
**Subject:** Re: Ricco's bonus calculation
**Importance:** High

2

Sr. Management,

I spoke with Ricco on his bonus calculation and found out that we need to revise the bonus calculation.
When I calculated Ricco's team bonus, I prorated his salary (50%) then multiplied by 75%. However, I've used full year west budget to calculate his factor.
If we are prorating his salary, we should also prorate the budget. If we were to use full budget, we should also use the full salary X 75%.
Also Ricco was also agreed that Permian half year production is fair if we do half year prorated budget.

3

| West half / Perm full | | PL | | Cash Bonus | BG shared book | YTD | |
|---|---|---|---|---|---|---|---|
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | YTD | |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | $ | (5,025,702) |
| | | | | | Lume Options | $ | 11,503,100 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | $ | 65,359,562 |
| BG Shared book full year | $ | 35,645,110 | | | Fin Book-SK | $ | (546,741) |
| Total West | $ | 33,587,350 | $ | 708,483 | Total | $ | 71,290,219 |
| | | | | | 50% BG | $ | 35,645,110 |

Revised

| West half / Perm half | | PL | | Cash Bonus | BG shared book | 2nd Half | |
|---|---|---|---|---|---|---|---|
| FY 17 Carryforward | $ | 145,537 | $ | 4,851 | BG shared book | 2nd Half | |
| RW's Prodcution | $ | 1,145,215 | $ | 38,174 | Lume Shape | | (52,393,251) |
| | | | | | Lume Options | | $10,852,814 |
| West 2nd Half | $ | (2,057,760) | | | Mgmt ISO1 | | $58,673,889 |
| BG Shared book full year | $ | 33,293,356 | | | Fin Book-SK | | (5546,741) |
| Total West | $ | 31,235,596 | $ | 1,317,752 | Total | $ | 66,586,711 |
| | | | | | 50% BG | $ | 33,293,356 |

Cash Bonus difference  $      609,269

4

Exhibit 3



I'll send you full year and half year versions as well



thanks chang

I think there was a mistake in your formula

Let me confirm with you

For team award

(WEST production/budget)Xyour salary/ 2X75%?

ok...no problem

Or (WEST production/budget)Xyour salaryX75%?

First one was 50% of your salary then multiply by 75%



75 percent of team production

25 percent of my production

let me call you

 Sure



Sent

You should have it

I talked to Kawato and Matt

thanks

Sorry for the trouble

Kawato agreed to full salary or half year
wear budget





Delivered



# Yes they are

**To:** Ricco, Matt          Details  

## Re: Revised calculation

Today at 13:45

Ricco,

Your salary was prorated (50%) for full Permian
and half year west production.

| West half / Perm full | | | | | |
|---|---|---|---|---|---|
| | PL | | Cash Bonus | | |
| FY 17 Carryforward | $ 145,537.48 | $ | 4,851 | BG shared book | YTD |
| RW's Production | $ 1,145,215.00 | $ | 38,174 | Lume Shape | $ (5,075,762.00) |
| | | | | Lume Options | $ 11,503,100.80 |
| West 2nd Half | $ (2,057,760.00) | | | Mgmt ISO1 | $ 66,359,562.00 |
| BG Shared book full year | $ 35,645,109.50 | | | Fin Book ISC | $ (546,741.80) |
| Total West | $ 33,587,349.50 | $ | 708,483 | Total | $ 71,350,219.00 |
| | | | | 50% BG | $ 35,645,109.50 |

If we do half year salary prorated(50%) and half
Permian and half year west production by half year
budget.

| West half / Perm half | | | | | |
|---|---|---|---|---|---|
| | PL | | | | |
| FY 17 Carryforward | $ 145,537.48 | $ | 4,851 | BG shared book | 2nd Half |
| RW's Production | $ 1,145,215.00 | $ | 38,174 | Lume Shape | (5,333,251) |
| | | | | Lume Options | $10,352,814 |
| West 2nd Half | $ (2,057,760.00) | | | Mgmt ISO1 | $58,673,889 |
| BG Shared book full year | $ 33,293,355.50 | | | Fin Book ISC | (273,741) |
| Total West | $ 31,235,595.50 | $ | 1,317,752 | Total | $ 66,586,711.00 |
| | | | | 50% BG | $ 33,293,355.50 |



# 708k vs 1.3m

**Exhibit 4**

Ricco Washington
_____

From:       Tomoe Iwatera
Sent:       Friday, August 30, 2019 11:47 AM
To:         Ricco Washington
Subject:    RE: RE: Human Resource Matter

Ricco,

Are you referring to meetings concerning your employment/compensation? Or are you referring to any meetings with presence of yourself and Jiro regardless of what to be discussed?


From: Ricco Washington
Sent: Friday, August 30, 2019 6:01 AM
To: Tomoe Iwatera <TIwatera@pacificsummitenergy.com>
Subject: RE: Human Resource Matter
Importance: High

Good Morning Human Resources,

I hereby request going forward that a third party be present in any meeting involving myself and Jiro Miyazaki (one on one situation).

Please confirm receipt of this email.  Thanks.

Best Regards,

Ricco Washington
Vice President – Trading and Origination
West and Mexico Region
Pacific Summit Energy LLC
*A Subsidiary of Sumitomo Corporation of Americas*
24 Waterway Avenue, Suite 725
The Woodlands, TX 77380
Ofc: 281-681-7809
Cell: 949-554-9062
Fax: 281-681-7860

1

**Exhibit 5**

Ricco Washington

| | |
|---|---|
| From: | Tomoe Iwatera |
| Sent: | Thursday, September 05, 2019 12:20 PM |
| To: | Ricco Washington |
| Cc: | Manabu Kido; Yoichi Kawato; Jikja Chung |
| Subject: | Follow up |
| Attachments: | Ricco Letter Signed (9-5-19).pdf |
| | |
| Importance: | High |

Ricco,

I know last week you had a conversation with Jiro about your bonus overpayment. I wanted to give you a little more information. Please share this with your lawyer if you like. We look forward to working this out in good faith.

Thank you.


Tomoe Iwatera
Director of Human Resources & General Affairs
Pacific Summit Energy LLC
A Subsidiary of Sumitomo Corporation of Americas
Phone: 949-777-3211
Email: Tiwatera@pacificsummitenergy.com

1



September 5, 2019


Ricco Washington
2 Grand Vista
The Woodlands, TX 773.0


Re:    Pacific Summit Energy LLC - Bonus Payment


Dear Mr. Washington:

As you know, on April 12, 2019, Pacific Summit Energy LLC ("PSE") paid you a bonus in the amount of $1,360,777 related to your 2018 fiscal year performance. We recently discovered that the calculation of this bonus was incorrect and that you were inadvertently overpaid by $625,699.

PSE's 2018 fiscal year was April 1, 2018 to March 31, 2019. On October 1, 2018, the mid-point of the 2018 fiscal year, you were promoted to Vice President of the West Trading Desk. With this promotion, you received a raise from $185,000 to $225,000 in annual salary and new bonus structure. The prior bonus structure applied only to your individual performance and did not include a ratio. The new bonus structure, effective as of the date of your promotion, that should have mirrored that of a former VP of the West Trading Desk, except that the ratio between Desk and Individual performances were 75%/25% instead of 50%/50%, is as follows:

| Ricco Washington (25% Individual and 75% Desk Performance) |
|---|
| **Individual Performance:**    Base Salary x **50%** x Factor (based on individual production / target) x **25%** |
| **Desk Performance:**    Base Salary x **50%** x Factor (based on desk production / budget) x **75%** |

Thus, your 2018 fiscal year bonus should have been calculated based on 6 months of work under your prior bonus structure (April 1, 2018 – September 30, 2018) and 6 months of work under your new bonus structure (October 1, 2018 – March 31, 2019). We originally used the West Desk budget of $4M that was supposed to be for the whole fiscal year in the calculation, but we made a correction and used the half-year budget of $2M instead, when you pointed out on March 29, 2019 that the half-year budget amount should have been used to calculate the factor against the actual gross margin that was realized during the second half year between October 1, 2018 –

March 31, 2019. At the same time, PSE should have used $112,500 (your total base salary for the period of October 1, 2018 – March 31, 2019, or the 6 months for which your new bonus structure applied) when calculating your bonus for the second half year, however, it mistakenly used the total base salary of $225,000. This error resulted in an overpayment to you of $658,876.

Additionally, we discovered that the bonus for your individual performance in the first half as well as the second half of the 2018 fiscal year was also miscalculated. This miscalculation resulted in an underpayment to you of $33,177.

The proper calculation for your 2018 fiscal year bonus is as follows:



Ricco Washington

Individual Performance: Period    Apr '18 - Sep '18 (1st half year)
     Salary      $185,000
     Individual Target    $1,387,500

a) 1st half year salary x 50% x Factor (Half year production / Half year target)
=> $92,500 x 50% x ($1,093,787 / $693,750) x 0%      $72,919

1st half year with no ratio

     Period    Oct '18 - Mar '18 (2nd half year)
     Salary    $225,000
     Individual Target    $1,637,500

b) 2nd half year salary x 50% x Factor (Half year production / Half year target) x Ratio
=> $112,500 x 50% x ($196,965 / $843,750) x 25%      $3,283

Desk Performance:
     Salary    $225,000
     Annual Desk Budget    $4,000,000

c) 2nd half year salary x 50% x Factor (Half year desk production / Half year desk budget) x Ratio
=> $112,500 x 50% x ($31,235,596 / $2,000,000) x 75%      $658,876

Total ( a + b + c)      $735,078

Thus, you were entitled to a total bonus of $735,078 for the 2018 fiscal year, but were inadvertently paid $1,360,777 due to PSE's miscalculation. As a result, PSE now requests reimbursement of the net overpayment to you of $625,699.

We are happy to speak with you regarding repayment options such as installment payments over time, adjustments to compensation or bonus eligibility or a reduction in the amount owed in exchange for immediate payment. We are also happy to consider any solutions you may have. We appreciate your patience and understanding as we resolve this error.

Please contact me if you would like to discuss this matter further. If you would prefer to have our attorney discuss this on your behalf, please let me know.

Yours Sincerely,

Manabu Kido

Chairman

*EXHIBIT 6*

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Ricco Washington**<br>    **55 Golden Scroll Circle**<br>/  **The Woodlands, TX 77382** | From: **Houston District Office**<br>     **Mickey Leland Building**<br>     **1919 Smith Street, 7th Floor**<br>     **Houston, TX 77002** |

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | |
|---|---|---|
| **460-2019-06690** | **Arusha Pinson,**<br>**Investigator Support Asst** | **(713) 651-4959** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐  More than 180 days have passed since the filing of this charge.

☒  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒  The EEOC is terminating its processing of this charge.

☐  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

☐  The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u>** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*[signature]*                *9·25·19*

       **Rayford O. Irvin,**           *(Date Mailed)*
       **District Director**

cc:   **TOMOE IWATERA, DIRECTOR OF HR AND GENERAL AFFAIRS**     **WALTER, APRIL L**
     **SUMITOMO AMERICAS**                                 **1790 HUGHES LANDING BLVD # 200**
     **840 GESSNER ROAD # 1000**                          **THE WOODLANDS, TX 77380**
     **HOUSTON, TX 77024**

                                                   **TWC CIVIL RIGHTS DIVISION**
                                                   **101 EAST 15TH STREET**
                                                   **ROOM 144T**
                                                   **AUSTIN, TX 78778**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s). |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2019-06690 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Ricco Washington | (949) 554-9062 | 4-4-1977 |

| Street Address | City, State and ZIP Code |
|---|---|
| 55 Golden Scroll Circle, The Woodlands, Texas 77382 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Pacific Summit Energy LLC | 500+ | (281) 681-7800 |

| Street Address | City, State and ZIP Code |
|---|---|
| 24 Waterway Ave., Suite 725, The Woodlands, Texas 77380<br>www.pacificsummitenergy.com | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Sumitomo Corporations of the Americas | 500+ | (713) 658-8400 |

| Street Address | City, State and ZIP Code |
|---|---|
| 840 Gessner Road, Suite 1000, Houston, Texas 77024<br>www.summitomocorp.com | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 2017 | 9-5-2019 |

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please see attached.

I believe I have been subjected to harassment, discrimination and retaliation on the baiss of my race (African-American), my color (black), my national origin (U.S.) and my earlier complaints of harassment/discrimination.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

9 - 18 - 2019

Date | Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)  09/18/2019

KWANG SOO KIM
COMM. #2229335
Notary Public - California
Orange County
My Comm. Expires Jan. 25, 2022

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California          )
County of _Orange_          )

Subscribed and sworn to (or affirmed) before me on this __18__ day

of __September__ , 20 _19_ , by _____

_____ Ricco Washington _____ ,

proved to me on the basis of satisfactory evidence to be the person(s)
who appeared before me.

KWANG SOO KIM
COMM. #2229335
Notary Public · California
Orange County
My Comm. Expires Jan. 25, 2022

RECEIVED
18 SEP 2019
Houston District Office
US EEOC

Signature _____

(Seal)

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons relying on the attached document.

Description of Attached Document

This certificate is attached to a document titled/for the purpose of

_Charge of Discrimination_

containing _2_ pages, and dated _09/18/2019_

### Additional Information

Method of Affiant Identification

Proved to me on the basis of satisfactory evidence:
○ form(s) of identification   ○ credible witness(es)

Notarial event is detailed in notary journal on:
Page # _____   Entry # _____

Notary contact: _____
Other
☐ Affiant(s) Thumbprint(s)  ☐ Describe: _____

© Copyright 2007-2017 Notary Rotary, PO Box 41400, Des Moines, IA 50311-0507. All Rights Reserved.   Item Number 101884.  Please contact your Authorized Reseller to purchase copies of this form.

## <u>CHARGE OF DISCRIMINATION</u>

1. My name is Ricco Washington. I was born and raised in California and am of African-American heritage. I work as the Vice President for Trading and Origination (West and Mexico Region) for Pacific Summit Energy LLC ("PSE") with my office in The Woodlands, Texas.

2. I recommend the following email addresses to make contact with Respondents about this Charge:

    a. Jikja Chung (head of PSE/Sumitomo's legal department): jjchung@pacificsummitenergy.com

    b. Tomoe Iwatera (Director of Human Resources & General Affairs): tiwatera@pacificsummitenergy.com

3. PSE is a subsidiary of Sumitomo Corporation of the Americas ("Sumitomo"), a Japanese global enterprise that prides itself as having more than 350 years of successful business history. PSE is the North American energy marketing and trading affiliate for this Japanese enterprise, and explains the company's history on its website (www.pacificsummitenergy.com/who-we-are/) as follows:

    "Sumitomo formed PSE to expand their midstream presence in the North American energy industry.

    Founded in 2004, PSE has grown to include more than 80 employees across California, Texas and Virginia. We have over 600 counterparties with customers ranging from other wholesale trading companies to commercial and industrial end users.

    PSE added trading desks for power in 2012 and crude oil in 2014. The additions, along with our entry into LNG projects in 2013, have allowed PSE to grow and establish a dominant presence in the commodity trading space."

4. I have worked for PSE/Sumitomo since May 2007. Before my promotion to Vice President on October 1, 2018, I worked as a Senior Originator (West and Mexico Region). I currently have over 12 ½ years with the Company. When I was promoted, my base salary was increased from $185K to $225K. My primary job responsibility is to grow our market and trading presence in the West and Mexico region, in addition to meeting and exceeding P&L targets.

5. One of the distinctive features of the Japanese management style is a job rotation system. In large Japanese companies, Japanese managers typically move into new jobs in different

fields repeatedly during their careers, at intervals from two to seven years. *See*, for example, Eileen M. Mullen, *Rotating Japanese Managers in American Subsidiaries of Japanese Firms: A Challenge for American Employment Discrimination Law*, 45 Stanford L. Rev. 3 (1993). The Japanese-style of shuffling managers into new disciplines every few years is a practice that is rare in Western corporations, but a system Sumitomo subscribes to for its Japanese executives. For example, attached collectively as **Exhibit 1** are a 19-page press release from Sumitomo's President and Chief Executive Officer issued January 30, 2018 and a 16-page letter (or press release) from February 22, 2008 discussing a myriad of personnel changes for the Japanese employees, showing them being shuffled among various executive roles.

6. Jiro Miyazaki currently works as a Senior Vice President based in The Woodlands, Texas office. As a Japanese national, Mr. Miyazaki has rotated into different jobs with the Company to oversee United States-based employees over the years that I have worked for PSE.

7. Mr. Miyazaki has a history of complaints made against him. Despite a history of complaints against him, he continues in positions of authority over American employees seemingly without any negative repercussions or restrictions. Accordingly, I have never felt comfortable reporting the concerns addressed in this charge directly to Sumitomo's Human Resource manager, Tomoe Iwatera, who is also Japanese, works in the Newport Beach, California headquarters of Sumitomo's North American operations, and has a reputation for showing bias towards the company and its senior Japanese managers on HR matters.

8. A common complaint against Mr. Miyazaki is that he disapproves of seeing any financial success at PSE for non-Japanese employees. Because I am African-American, I believe he is particularly sensitive to me earning more money or advancing in my career at PSE more than he feels a non-Japanese and non-Caucasian employee should be "allowed." That is, Mr. Miyazaki seems particularly ill at ease with any status or success that I gain at the Company because I am not Asian, or even Caucasian.

9. When my team and I started experiencing substantial financial success in the Mexican market in 2017, Mr. Miyazaki started making comments insinuating these deals surely must entail bribes and other acts of foreign corruption. By February 2019, Mr. Miyazaki had launched a formal investigation into my business dealings in Mexico. As part of this investigation, I understand that my emails were thoroughly reviewed and that several of my business counterparts in Mexico were contacted and corroborated that my business practices and integrity were beyond reproach. I made it known (to Mr. Miyazaki; my direct supervisor, Matthew Clark; and Jikja Chung, head legal counsel) that I found the investigation offensive, and ultimately, the investigation was concluded with no findings of anything improper in my Mexican-based dealings.

2

10. My former direct supervisor, Matthew Clark (Telephone: 646-468-6572), was the first non-Japanese employee to reach the rank of President for PSE – as all others in this position have been Japanese men.  He told me when he left the company that Mr. Miyazaki had it out for me, since I had been recently promoted to a Vice Presidency.

11. Sure enough, it wasn't long after Mr. Clark left in July 2019 that I experienced severe discriminatory treatment from Mr. Miyazaki, discussed further below.  In short, since Mr. Clark left, Mr. Miyazaki's harassment started with him constantly bringing up the investigation of my Mexico deals, as if to insinuate that some incriminating evidence had been found against me, and then escalated with him demanding I return several hundred thousand dollars of previously paid compensation.

12. In March and April 2019, I was included in several emails concerning the calculation of my bonus for 2018 performance.  PSE commercial employees such as myself receive significant bonuses in addition to our base salary if performance targets are met.  Our P&L results are based on results from mid-March to mid-March and PSE's fiscal year is April to March.

13. 2018 was a banner year for the West and Mexico Region, including because of short trading strategies on oil and gas commodities in Mexico.  The two points where most of this activity occurred were at Permian and Waha.  Most of the oil and gas production in that region was being produced at an enormous rate, and having the "know how" of the Mexico market further validated our trade strategies.  The specialized "know how" concerning the Mexican market was a result of a long-term supply deal to CFE (Mexico Power Company) that I had originated.  The origination of this deal took over two years.  Most of Mexico's natural gas production is declining and they rely on US exports of natural gas supplies.  Through my many business development trips to Mexico it became apparent that Mexico's new infrastructure was ill-equipped to take on new supply; thus, not leaving a major home for gas supply in the West Texas region.  Also, with a newly elected President with a Socialist bent, I speculated that many new projects that would allow Permian gas to flow into Mexico would be stalled.  To understand the dynamics in this market further, Mexico only recently deregulated its natural gas market to open competition within the past five years.  Prior to that it was a monopoly run by CFE (Mexico Power Company) and Pemex (Natural Gas and Oil Company of Mexico).

14. On March 29, 2019 when my bonus calculation was presented to me I immediately noticed it was calculated incorrectly, and I was provided no back-up calculations from the Company on how they reached the incorrect figure they presented.  I promptly reported this matter to my direct supervisor, Matthew Clark, who was then the President of PSE.  Mr. Clark took the matter to the PSE/Sumitomo "Senior Management" Committee.  Mr. Clark told me that Mr. Miyazaki stated in response to my complaint that "He [me] does not deserve this money," and Mr. Clark also told me that Mr. Miyazaki "has it out for you."

3

15. Mr. Clark was going through his own personal difficulties with PSE/Sumitomo's Senior Management Committee at the time, so I also decided to communicate directly via telephone, email and text with Chang Lee, the Senior Vice President of Risk Management. Mr. Lee was a member of PSE/Sumitomo's Senior Management Committee, which also included Mr. Miyazaki, Manabu Kido, Yoichi Kawato, Mr. Clark, and Matt Brown.

16. In response to my communications with Mr. Lee, he submitted to the Senior Management Committee detailed calculations for both the original bonus amount they had presented and a new, revised amount. Having now had the benefit to see the calculations behind the original amount that was presented, I noticed several inconsistent and disingenuous elements to their calculations – which were clearly skewered to minimize my bonus amount. For example, the first proposed amount was calculated based off the full year's performance of "West BG" (a book of business that resides in the West region), but yet the full year's performance for the entire Western region was not factored into the calculations. It was clear they were essentially "cherry picking" factors to include in the calculations that would reduce or suppress my bonus amount.

17. The emails concerning the re-calculation of my bonus included Tomoe Iwatera, the Director of Human Resources & General Affairs (discussed further above), Chang Lee, PSE's (then) President, Matthew Clark, and the entire "Senior Management" group. These emails are attached collectively as **Exhibit 2**.

18. During these discussions, Mr. Clark and I discussed how I had been shorted about $650,000-700,000 of compensation because I had been excluded from Sumitomo's Long Term Compensation ("LTC") Program until April 1, 2019, but that Japanese senior management was unwilling to account for this in the bonus calculations under discussion. Previously Mr. Clark had verbally confirmed to me that I would be in the LTC Program as soon as I was promoted to VP back in October 2018 – but this didn't happen.

19. After these communications confirmed the calculation of my bonus (absent the LTC compensation to which I was improperly excluded), my 2018 bonus check was issued on April 12, 2019 in the amount of $1,360,777, and was approved by senior management. Attached as **Exhibit 3** are text messages between Mr. Lee and me confirming he had talked to both Mr. Kawato (as mentioned above, Mr. Kawato is a member of the Senior Management Committee and runs the Irvine, California office) and Mr. Clark about my bonus, that Mr. Kawato "agree[d] to full salary or half year wear [sic – West] budget," and that Mr. Lee was "Sorry for the trouble."

20. Notwithstanding the prior detailed discussions over my bonus in March that involved the Senior Management Committee's approval, and issuance of the check in April, on August 29, 2019, after calling me into his office to casually discuss football, Mr. Miyazaki completely blind-sided me by stating he was working to get a large part of my bonus "clawed back" and that a letter seeking this was in the works.

4

21. On Friday, August 30, 2019, I sent Ms. Iwatera an email asking that a third party be present in any meeting involving myself and Jiro Miyazaki (one on one situation). A copy of this email is attached as **Exhibit 4**. Neither Ms. Iwatera, nor any one else with the Company, took any steps to interview me or otherwise investigate why I would not want to be alone with Mr. Miyazaki. To this day, I have heard nothing further from HR, or anyone else with the Company, about this complaint.

22. The following Thursday, September 5, 2019, Ms. Iwatera emailed me a letter, signed by PSE's Chairman (the highest ranking executive with PSE), Manabu Kido, demanding that I refund approximately 46% of the bonus that was previously issued to me back in April 2019 – even though the bonus amount had already been confirmed by senior management, and was paid in April 2019! More specifically, Sumitomo demanded I refund the sum of $625,699. A copy of the September 5, 2019 letter, and Ms. Iwatera's cover email (copying Mr. Kido, Yoichi Kawato and Jikja Chung), are attached as **Exhibit 5**. The only Caucasian on the Senior Management Committee after Mr. Clark's departure, Matt Brown, has indicated to me that he was excluded from any discussions by the Committee with Mr. Miyazaki about the demand that I refund nearly half my 2018 bonus, or the letter that Mr. Miyazaki orchestrated that Mr. Kido signed.

23. To my knowledge, no Caucasian employee has been asked to refund a previously issued bonus, much less asked to refund almost half of their previously-issued bonus.

24. The "new" math is wrong because they originally tried to prorate my salary by *half* in the calculation for full-year Permian and *half*-year West production. This is cherry picking and trying to pull the wool over my eyes. To be consistent and fair, the calculation should have been to prorate my salary by *half* for full-year Permian and *full*-year West production, or, the calculation should be based on my *full* salary and *half*-year West budget (as Senior Management agreed and documented by the email chains, text messages (submitted as Exhibits 2-3) and prior check that was paid to me).

25. I believe I have been harassed and retaliated and discriminated against because I am African-American/black, and not Japanese or Caucasian, and because I have previously complained about Mr. Miyazaki's discrimination, harassment and retaliation against me.

# EXHIBIT B

# CITATION
## Cause Number: 19-12-17047

*SOS PX19(9)*
*Hb 2020*

Clerk of the Court
Melisa Miller
P.O. Box 2985
Conroe, Texas 77305

Attorney Requesting Service
April L Walter
1790 Hughes Landing Blvd Suite 200
The Woodlands TX  77380

## THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued.  You may employ an attorney.  If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

To:    Pacific Summit Energy LLC
       Registered Agent CT Corporation System
       1021 Main Street Suite 1150
       Houston TX  77002
       OR WHEREVER THE ADDRESSEE MAY BE FOUND

You are hereby commanded to appear by filing a written answer to the Plaintiff's Original Petition, Jury Demand, and Requests for Disclosures at or before 10:00 A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable 284th Judicial District Court Montgomery County, Texas at the Courthouse of said County in Conroe, Texas.

Said Plaintiff's Original Petition, Jury Demand, and Requests for Disclosures was filed in said court on this the 23rd day of December, 2019 numbered 19-12-17047 on the docket of said court, and styled, Ricco Washington VS. Pacific Summit Energy LLC and Sumitomo Corporations of the Americas

The nature of plaintiff's demand is fully shown by a true and correct copy of the  Plaintiff's Original Petition, Jury Demand, and Requests for Disclosures accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Conroe, Texas on this the 27th day of December, 2019.

Melisa Miller, District Clerk
Montgomery County, Texas

By:_____
Jeff Fiore, Deputy          12/27/2019 9:58:24 AM

**EXHIBIT C**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

RICCO WASHINGTON,

        Plaintiff,

    v.

PACIFIC SUMMIT ENERGY LLC and
SUMITOMO CORPORATIONS OF THE
AMERICAS,

        Defendants.

Civil Action No. _____

## DECLARATION OF JIKJA CHUNG

I, Jikja Chung, declare as follows:

1.      I am General Counsel and Chief Compliance Officer for Defendant Pacific Summit Energy LLC ("PSE"). As a result of my position, I have detailed knowledge of the corporate structure of PSE. Thus, I have personal knowledge of the following facts, and if called as a witness, I would and could competently testify hereto.

2.      PSE is a Delaware limited liability company. Its only member is Sumitomo Corporation of Americas ("SCOA").

3.      PSE received Plaintiff Ricco Washington's Original Petition, Jury Demand, Requests for Disclosures, and Citation through personal service on its registered agent on January 16, 2020.

//

//

//

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on this 23rd day of January, 2020, at Irvine, California.

_____
Jikja Chung

4817-8362-8466.1

2

**EXHIBIT D**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

RICCO WASHINGTON,

      Plaintiff,

    v.

PACIFIC SUMMIT ENERGY LLC and
SUMITOMO CORPORATIONS OF THE
AMERICAS,

      Defendants.

Civil Action No. _____

## <u>DECLARATION OF LEWIS FARBERMAN</u>

I, Lewis Farberman, declare as follows:

1.      I am Vice President & Department Head – Legal for Defendant Sumitomo Corporation of Americas ("SCOA"). As a result of my position, I have detailed knowledge of the corporate structure of SCOA. Thus, I have personal knowledge of the following facts, and if called as a witness, I would and could competently testify hereto.

2.      SCOA is a corporation incorporated in the State of New York. SCOA's headquarters and principal place of business are located at New York, New York. The President of SCOA maintains his offices in New York and directs operations from there. SCOA's corporate records are maintained in New York.

3.      SCOA received Plaintiff Ricco Washington's Original Petition, Jury Demand, Requests for Disclosures, and Citation through personal service on its registered agent on January 6, 2020. SCOA consents to the removal of this action.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on this 24 day of January, 2020, at New York, New York.

Lewis Farberman

4837-9976-0561.1

# EXHIBIT E

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                Location : All Courts    Help

# REGISTER OF ACTIONS
## CASE NO. 19-12-17047

| | |
|---|---|
| Ricco Washington VS. Pacific Summit Energy LLC and Sumitomo Corporations of the Americas | § § § § § |

| | |
|---|---|
| Case Type: | **Employment >$200,000** |
| Date Filed: | **12/23/2019** |
| Location: | **284th Judicial District Court** |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | **Pacific Summit Energy LLC**<br>Registered Agent CT Corporation System<br>1021 Main Street, Suite 1150<br>Houston, TX 77002 | |
| Defendant | **Sumitomo Corporations of the Americas**<br>Registered Agent CT Corporation System<br>350 North St. Paul Street<br>Suite 2900<br>Houston, TX 77002 | |
| Plaintiff | **Washington, Ricco** | **April L Walter**<br>*Retained*<br>281-367-1222(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 12/23/2019 | **Original Petition (OCA)** | | |
| 12/23/2019 | **E-Filed Original Petition Document** | | |
| 12/23/2019 | **Civil Case Information Sheet** | | |
| 12/23/2019 | **Request For Service** | | |
| 12/23/2019 | **Request For Service** | | |
| 12/27/2019 | **Citation** | | |
| | Sumitomo Corporations of the Americas | Served<br>Returned | 01/06/2020<br>01/15/2020 |
| 12/27/2019 | **Citation** | | |
| | Pacific Summit Energy LLC | Served<br>Returned | 01/16/2020<br>01/21/2020 |
| 01/15/2020 | **Return of Service** | | |
| 01/21/2020 | **Return of Service** | | |

---

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Plaintiff** Washington, Ricco | | | |
| Total Financial Assessment | | | 308.00 |
| Total Payments and Credits | | | 308.00 |
| **Balance Due as of 01/21/2020** | | | **0.00** |
| | | | |
| 12/23/2019 | Transaction Assessment | | 308.00 |
| 12/23/2019 | E-File Electronic Payment  Receipt # 2019-255932 | Washington, Ricco | (308.00) |

# EXHIBIT F

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Ricco Washington | Pacific Summit Energy LLC and Sumitomo Corporations of the Americas |

| (b) County of Residence of First Listed Plaintiff  Montgomery | County of Residence of First Listed Defendant  New York |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| April L. Walter The Strong Firm, P.C. 1790 Hughes Landing Blvd., Suite 200, The Woodlands, TX 77380    Tel: 281.367.1222 | Amy R. Patton, Tyler B. Runge Payne & Fears LLP, 4 Park Plaza, Suite 1100, Irvine, CA 92614 Tel: 949.851.1100 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❑ 1  U.S. Government Plaintiff
- ❑ 3  Federal Question *(U.S. Government Not a Party)*
- ❑ 2  U.S. Government Defendant
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❑ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❑ 625 Drug Related Seizure of Property 21 USC 881 | ❑ 422 Appeal 28 USC 158 | ❑ 375 False Claims Act |
| ❑ 120 Marine | ❑ 310 Airplane | ❑ 365 Personal Injury - | ❑ 690 Other | ❑ 423 Withdrawal | ❑ 376 Qui Tam (31 USC |
| ❑ 130 Miller Act | ❑ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ❑ 140 Negotiable Instrument | Liability | ❑ 367 Health Care/ | | | ❑ 400 State Reapportionment |
| ❑ 150 Recovery of Overpayment | ❑ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ❑ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ❑ 820 Copyrights | ❑ 430 Banks and Banking |
| ❑ 151 Medicare Act | ❑ 330 Federal Employers' | Product Liability | | ❑ 830 Patent | ❑ 450 Commerce |
| ❑ 152 Recovery of Defaulted | Liability | ❑ 368 Asbestos Personal | | ❑ 835 Patent - Abbreviated | ❑ 460 Deportation |
| Student Loans | ❑ 340 Marine | Injury Product | | New Drug Application | ❑ 470 Racketeer Influenced and |
| (Excludes Veterans) | ❑ 345 Marine Product | Liability | | ❑ 840 Trademark | Corrupt Organizations |
| ❑ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❑ 480 Consumer Credit |
| of Veteran's Benefits | ❑ 350 Motor Vehicle | ❑ 370 Other Fraud | ❑ 710 Fair Labor Standards | ❑ 861 HIA (1395ff) | (15 USC 1681 or 1692) |
| ❑ 160 Stockholders' Suits | ❑ 355 Motor Vehicle | ❑ 371 Truth in Lending | Act | ❑ 862 Black Lung (923) | ❑ 485 Telephone Consumer |
| ❑ 190 Other Contract | Product Liability | ❑ 380 Other Personal | ❑ 720 Labor/Management | ❑ 863 DIWC/DIWW (405(g)) | Protection Act |
| ❑ 195 Contract Product Liability | ❑ 360 Other Personal | Property Damage | Relations | ❑ 864 SSID Title XVI | ❑ 490 Cable/Sat TV |
| ❑ 196 Franchise | Injury | ❑ 385 Property Damage | ❑ 740 Railway Labor Act | ❑ 865 RSI (405(g)) | ❑ 850 Securities/Commodities/ |
| | ❑ 362 Personal Injury - | Product Liability | ❑ 751 Family and Medical | | Exchange |
| | Medical Malpractice | | Leave Act | | ❑ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❑ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ❑ 891 Agricultural Acts |
| ❑ 210 Land Condemnation | ❑ 440 Other Civil Rights | **Habeas Corpus:** | ❑ 791 Employee Retirement | ❑ 870 Taxes (U.S. Plaintiff | ❑ 893 Environmental Matters |
| ❑ 220 Foreclosure | ❑ 441 Voting | ❑ 463 Alien Detainee | Income Security Act | or Defendant) | ❑ 895 Freedom of Information |
| ❑ 230 Rent Lease & Ejectment | ☒ 442 Employment | ❑ 510 Motions to Vacate | | ❑ 871 IRS—Third Party | Act |
| ❑ 240 Torts to Land | ❑ 443 Housing/ | Sentence | | 26 USC 7609 | ❑ 896 Arbitration |
| ❑ 245 Tort Product Liability | Accommodations | ❑ 530 General | | | ❑ 899 Administrative Procedure |
| ❑ 290 All Other Real Property | ❑ 445 Amer. w/Disabilities - | ❑ 535 Death Penalty | **IMMIGRATION** | | Act/Review or Appeal of |
| | Employment | **Other:** | ❑ 462 Naturalization Application | | Agency Decision |
| | ❑ 446 Amer. w/Disabilities - | ❑ 540 Mandamus & Other | ❑ 465 Other Immigration | | ❑ 950 Constitutionality of |
| | Other | ❑ 550 Civil Rights | Actions | | State Statutes |
| | ❑ 448 Education | ❑ 555 Prison Condition | | | |
| | | ❑ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❑ 1  Original Proceeding
- ☒ 2  Removed from State Court
- ❑ 3  Remanded from Appellate Court
- ❑ 4  Reinstated or Reopened
- ❑ 5  Transferred from Another District *(specify)*
- ❑ 6  Multidistrict Litigation - Transfer
- ❑ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332

Brief description of cause:
Chapter 21 of Texas Labor Code - discrimination, harassment, retaliation, injunctive relief

## VII. REQUESTED IN COMPLAINT:

- ❑ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 1,000,000.00

CHECK YES only if demanded in complaint:

**JURY DEMAND:**  ☒ Yes   ❑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions:)*

JUDGE _____    DOCKET NUMBER _____

DATE 01/24/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 09/19)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

<u>**PROOF OF SERVICE**</u>

**Ricco Washington v. Pacific Summit Energy LLC, et al.**
Case No. _____
**United States District Court – Southern District of Texas**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

      At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 4 Park Plaza, Suite 1100, Irvine, CA 92614.

      On January 24, 2020, I served true copies of the following document(s) described as **FEDERAL CIVIL CASE COVER** on the interested parties in this action as follows:

April L. Walter                                    Attorneys for Plaintiff
The Strong Firm, P.C.                       Ricco Washington
1790 Hughes Landing Blvd., Suite 200
The Woodlands, TX  77380
Tel:  281.367.1222

Adam Gutmann                                 Attorneys for Defendant
Cozen O'Connor                              Sumitomo Corporations of the Americas
LyondellBassell Tower
1221 McKinney Suite 2900
Houston, TX  77010
Tel:  832.214.3919

      **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Payne & Fears LLP's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on January 24, 2020, at Irvine, California.


_____
Connie A Cason

POS - Federal.docx

**EXHIBIT G**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION**

RICCO WASHINGTON,

        Plaintiff,

   v.

PACIFIC SUMMIT ENERGY LLC and
SUMITOMO CORPORATIONS OF THE
AMERICAS,

        Defendants.

Civil Action No. _____

**LIST OF COUNSEL OF RECORD**

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN**

**DISTRICT OF TEXAS, PLAINTIFF RICCO WASHINGTON, AND HIS COUNSEL OF**

**RECORD:**

| PARTY | ATTORNEY |
|---|---|
| Plaintiff Ricco Washington | April L. Walter<br>The Strong Firm, P.C.<br>1790 Hughes Landing Blvd., Suite 200<br>The Woodlands TX  77380<br>Tel:  281.367.1222 |
| Defendant Pacific Summit Energy LLC | Amy Patton<br>Tyler B. Runge<br>Payne & Fears LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA  92614<br>Tel:  949.851.1100<br>Email:  ARP@paynefears.com<br>TBR@paynefears.com |

Defendant Sumitomo Corporations of the
Americas

Adam Gutmann
Cozen O'Connor
LyondellBassell Tower
1221 McKinney. Suite 2900
Houston, TX  77010
Tel:  832.214.3919
Email:  Agutmann@cozen.com

DATED: January 24, 2020          PAYNE & FEARS LLP

By:   _____ */s/ Amy R. Patton* _____
                        AMY R. PATTON

          Attorney-in-Charge
          Texas Bar No. 24000740
          PAYNE & FEARS LLP
          4 Park Plaza, Suite 1100
          Irvine, California 92614
          Telephone: (949) 851-1100
          Facsimile: (949) 851-1212
          Attorneys for Defendant
          PACIFIC SUMMIT ENERGY LLC

4815-0286-5842.2

2